UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MIRANDA SHADDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 1:04-CV-1219-JDT-WTL |
| | ) | |
| OMNI HOTELS MANAGEMENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DESIGNATION OF EVIDENTIARY MATERIALS IN RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, by counsel, and for her Designation of Evidentiary Materials in Response to the Defendant's Motion for Summary Judgment submits the following:

1. Deposition of Miranda Shadday attached hereto as "Exhibit 1";

2. Deposition of Edwin L. Del-Cid attached hereto as "Exhibit 2";

3. Deposition of Richard Barnett attached hereto as "Exhibit 3";

4. Map of lobby area attached hereto as "Exhibit 4", but which was originally "Exhibit 9" to the deposition of Richard Barnett;

5. General orders for the security department of the Omni Shoreham Hotel attached hereto as "Exhibit 5", but which was originally attached to the deposition of Richard Barnett as "Exhibit 1";

6. Safety/Security standards promulgated by the Omni Shoreham Hotel attached hereto as "Exhibit 6", but which were originally attached as "Exhibit 2" to the deposition of Richard Barnett;

7. Deposition of Francis Carmello attached hereto as "Exhibit 7";

8. Affidavit of Fred Del Marva, PI, PPO, (Plaintiff's expert) as well as attached exhibits to the affidavit numbered 1 through 6 all of which is attached hereto as "Exhibit 8".

WHEREFORE, Plaintiff prays that Defendant's Motion for Summary Judgment be denied and for all other proper relief.

Respectfully Submitted,

TOWNSEND & MONTROSS

_____
John F. Townsend, III        #19600-49

TOWNSEND & MONTROSS
230 East Ohio Street
Indianapolis, IN 46204
(317) 264-4444
(317) 264-2080 fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served to the following counsel of record via first class U.S. mail postage prepaid this 26th day of September, 2005.

Robert B. Thornburg
LOCKE REYNOLDS, LLP
210 N. Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
rthornburg@locke.com

_____
John F. Townsend, III

TOWNSEND & MONTROSS
230 East Ohio Street
Indianapolis, IN 46204
(317) 264-4444
(317) 264-2080 fax

Shadday.Desig.Ev.092605.wpd