UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIRANDA SHADDAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) CASE NO. |
| | ) 1:04-CV-1219-JDT-WTL |
| OMNI HOTELS MANAGEMENT | ) |
| CORP., | ) |
| | ) |
| Defendant. | ) |

The deposition upon oral examination of
MIRANDA SHADDAY, a witness produced and sworn before
me, Sheri L. LeVine, RPR-CRR, Notary Public in and for
the County of Marion, State of Indiana, taken on
behalf of the Defendant at the offices of Townsend &
Montross, 230 East Ohio Street, Indianapolis, Indiana,
on March 3, 2005, at 10:08 a.m., pursuant to the
Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN  46204
(317)237-3773

Page 2

```
1              APPEARANCES
2  FOR THE PLAINTIFF:
3      John F. Townsend, III, Esq.
        TOWNSEND & MONTROSS
4      230 East Ohio Street
        Indianapolis, IN  46204
5
6
7  FOR THE DEFENDANT:
8      Robert B. Thornburg, Esq.
        LOCKE REYNOLDS, LLP
9      1000 Capital Center South
        201 North Illinois Street
10     Indianapolis, IN  46204
11
12
13
14          INDEX OF EXAMINATION
15
                      PAGE
16 DIRECT EXAMINATION
17     Questions By Mr. Thornburg        3
18
19
20
21          (No exhibits were marked.)
22
23
24
25
```

Page 3

```
1                MIRANDA SHADDAY,
2  having been first duly sworn to tell the truth, the
3  whole truth, and nothing but the truth, testified as
4  follows:
5  DIRECT EXAMINATION
6  BY MR. THORNBURG
7  Q  Good morning.  We introduced ourselves a few
8     minutes ago.  My name is Rob Thornburg.  I am the
9     attorney for the Omni Shoreham Hotel and the
10    management company that owns and operates the hotel
11    that you have sued.
12       We're here today to take your deposition.
13    Have you ever given a deposition before?
14 A  No.
15 Q  Before we start I want to just lay out a few ground
16    rules for you.  I'm sure your attorney has already
17    spoken with you about many of these things, but the
18    first thing I'd ask for you to do is as I ask you
19    questions today, if you could wait until I complete
20    my question before you give your answer.  That
21    would make the court reporter's job easier because
22    when we're done, she will create a transcript of my
23    questions and your answers.
24       So will you try to wait until I'm done with my
25    question before you answer?
```

Page 4

```
1  A  Yeah.
2  Q  The second thing is if you could try to make all of
3     your answers out loud, oral, yes, no.  If you shake
4     your head up and down -- or shake it from side to
5     side or nod it up and down, it's difficult for the
6     court reporter to take that down also.  If you do
7     that, I'll try to remind you, but if you could try
8     to remember to make your answers out loud, I'd
9     appreciate that also.  Will you try to do that for
10    me?
11 A  Yeah.
12 Q  And then the last ground rule, if you will, is I
13    don't always ask the best questions or the most
14    clear questions, so if you could, well, listen to
15    my question and if you don't understand it, let me
16    know.  I'll try to rephrase it or clarify what I'm
17    asking.  Will you do that for me?
18 A  Yes.
19 Q  Because I've asked you to do that, if I ask you a
20    question, I'm going to assume that you understood
21    my question, and that you are, in fact, answering
22    my question.  Is that okay for me to make that
23    assumption?
24 A  Yeah.
25 Q  And you're speaking a little softly, which is okay,
```

Page 5

```
1     but try to keep your voice up, because if you start
2     talking really softly, I'll try to remind you to do
3     that.
4        Would you please state your full name for the
5     record.
6  A  Miranda Lynn Shadday.
7  Q  Now, Ms. Shadday, some of the questions I'm going
8     to ask you today are probably going to be a little
9     bit tough, and I don't mean to pick on you or to
10    belittle you or ask you difficult questions.  It's
11    just that's my job.  And I tell you that because
12    these are tough things to talk about, and I
13    understand that.  So if you need to take a break at
14    any time, use the restroom, you know, get a drink
15    of water, that's fine.  You tell me that.  Okay?
16 A  Okay.
17 Q  Let's start off first with a little bit about your
18    background.  I've got your name, Miranda Lynn
19    Shadday.
20        MR. TOWNSEND:  She pronounces it Shadday.
21        MR. THORNBURG:  Shadday?
22        MR. TOWNSEND:  Shadday, not Shadday.
23 Q  I'm probably going to struggle with that
24    pronunciation, but I'm going to do my best.
25    Shadday.  Shadday; is that correct?
```

Page 6

1   A  Uh-huh.
2   Q  Have you ever been known by any name besides than
3      Miranda Lynn Shadday?
4   A  No.
5   Q  Where do you currently reside?
6   A  200 Albers Street.
7   Q  Could you spell the street for me?
8   A  A-L-B-E-R-S.
9   Q  And is that in Batesville?
10  A  Yes.
11  Q  What's your ZIP code there?
12  A  47006.
13  Q  How long have you lived at the Albers Street
14     address?
15  A  One month.
16  Q  Where did you live before you lived on Albers
17     Street?
18  A  14066 North Morris West Street.
19  Q  That's also in Batesville; is that correct?
20  A  Yes.
21  Q  How long did you live at the 14066 North Morris
22     West Street address?  Or from when to when,
23     whichever is easiest.
24  A  Well, that's with my parents, so it's like after I
25     split up with my fiance, I moved back there.

Page 7

1   Q  You say the North Morris West Street address,
2      that's your parents' home?
3   A  Yes.
4   Q  What are your parents' names?
5   A  Denise and Sheila Shadday.
6   Q  And am I -- those are both your natural born
7      parents?
8   A  Yes.
9   Q  And they are still married?
10  A  Yes.
11  Q  Have they ever been divorced?
12  A  No.  Well -- no.  My dad was married before that,
13     but ...
14  Q  To someone besides your mother?
15  A  Yeah.
16  Q  Brothers and sisters?
17  A  One of each.
18  Q  What is the name of your brother?
19  A  Jared Shadday.
20  Q  Would you spell Jared, please?
21  A  J-A-R-E-D.
22  Q  And your sister's name?
23  A  Brittany.
24  Q  B-R-I-T-T-A-N-Y?
25  A  Yes.

Page 8

1   Q  Is her name still Shadday?
2   A  Yes.
3   Q  How old is Jared?
4   A  I think 25.
5   Q  And how old is Brittany?
6   A  Twenty.
7   Q  Do either Jar- -- or are Jared or Brittany, either
8      one of them married?
9   A  Jared is.
10  Q  What's the name of his wife?
11  A  Amanda.
12  Q  And Brittany is not married; is that true?
13  A  Yeah.
14  Q  Do Jared or Brittany, either one, have any
15     children?
16  A  No.
17  Q  Where does Jared live?
18  A  Next door to mom and dad.
19  Q  So he also lives on North Morris West Street in
20     Batesville?
21  A  Yeah.
22  Q  And where does Brittany live?
23  A  In town.  I don't know her address.
24  Q  She lives in Batesville?
25  A  Yeah.

Page 9

1   Q  Would you happen to know -- sometimes this is an
2      easier way to find a person's address -- would you
3      happen to know either Jared's or Brittany's phone
4      numbers?
5   A  Not offhand.
6   Q  Do you remember when you moved into the 14066 North
7      Morris West Street address?  Earlier you had said
8      that you moved back there after you and your fiance
9      broke up.  Do you remember approximately when that
10     was?
11  A  About the end of June.
12  Q  The end of June 2004?
13  A  Yeah.
14  Q  So you lived with your parents at 14066 North
15     Morris West Street from about June of 2004 until
16     sometime in January or early February 2005?
17  A  Yes.
18  Q  Where did you live before that?
19  A  409 Eastern Avenue.
20  Q  Is that also in Batesville?
21  A  Yes.
22  Q  How long did you live, or from when to when,
23     whichever is easier, at the 409 Eastern Avenue
24     address?
25  A  From December -- November or December of '03 till

Page 10

1    June of '04.
2  Q Of '04?
3  A Yeah.
4  Q Yes?
5  A Yes.
6  Q And before 409 Eastern Avenue, where did you live?
7  A At 14066 -- wait. No. We were at 14035 Morris
8    East Street, Apartment 4.
9  Q And I trust that's on the opposite end of Morris
10   Street? Because you said earlier your parents live
11   on Morris West Street. Morris East Street, is that
12   the opposite end of the street or is that an
13   entirely different street in Batesville?
14 A A different street.
15 Q Do you remember from when to when you would have
16   lived at 14035 Morris East Street, Apartment 4?
17 A From July '03 to November or December.
18 Q Okay. Where did you live before that? Do you
19   remember?
20 A At 14066 North Morris West Street.
21 Q And when you lived at 14066 North Morris Street
22   West, from when to when did you live there? What
23   I'm talking about, you said about July of '03 you
24   moved into the 14035 Morris East Street, Apartment
25   4 address. When did you move into 14066 North

Page 11

1    Morris West Street prior to July of '03?
2  A I'm not for sure, but I was eight years old.
3  Q So from the time you were a child up until you --
4  A Yeah.
5  Q -- were, let's just say a young adult for lack of a
6    better way to describe it, you lived with your
7    parents, and then you went to Morris Street East
8    and Eastern Avenue, back with your parents, and now
9    you're on Albers Street?
10 A Yes.
11 Q Okay. Let's talk about the Albers Street address
12   for a minute. Is that a place that you rent or
13   that you own?
14 A I'm renting.
15 Q Do you know the name of your landlord?
16 A Joe Greiwe.
17 Q Do you know how to spell that?
18 A I believe it's G-R-E-I-W-E.
19 Q Does anyone live with you at the 200 Albers Street
20   address?
21 A My son.
22 Q And what is his name?
23 A Dylan.
24 Q D-Y-L-A-N?
25 A Yes.

Page 12

1  Q Prior to living on Albers Street, when you moved
2    back in with your parents at 14066 North Morris
3    West Street, who was living there at the time?
4  A My mom and dad and my son.
5  Q So it would have been Dennis and Sheila Shadday and
6    then Dylan Shadday and yourself?
7  A Yes.
8  Q When you lived at 409 Eastern Avenue from roughly
9    November or December of 2003 until June of '04, who
10   was living with you at that address?
11 A My fiance and his son and me and my son.
12 Q What's the name of your fiance?
13 A Ryan Tracy.
14 Q What's the name of Ryan's son?
15 A Gage.
16 Q Gage?
17 A Gage.
18 Q Could you spell that, please?
19 A G-A-G-E.
20 Q Is his last name also Tracy?
21 A Yes.
22 Q All right. When you were living on 14035 Morris
23   East Street, Apartment No. 4, who lived with you
24   there?
25 A Ryan, Gage, and Dylan and me.

Page 13

1  Q And then when you were at your parents' house prior
2    to that on 14066 North Morris West Street, who was
3    living there?
4  A Mom, dad, Jared, Brittany, me, and Dylan.
5  Q When was Dylan born?
6  A August 17th, '99.
7  Q Okay. And how old is he now?
8  A Five.
9  Q What's the name of his father?
10 A Dennis Jason Lee.
11 Q Dennis Jason Lee?
12 A Yes.
13 Q Where was Dylan born?
14 A Batesville.
15 Q Dennis Jason Lee, does he currently pay support for
16   Dylan?
17 A No.
18 Q Has he ever paid any support for Dylan?
19 A I received one check for $50.
20 Q Okay. Other than Dylan, do you have any other
21   children?
22 A No.
23 Q Were you ever engaged to Dennis Jason Lee?
24 A No.
25 Q Now, I understand that you were engaged at some

1    point to Ryan Tracy.
2    A  Yes.
3    Q  Tell me when you were engaged to Ryan.
4    A  December of '03.
5    Q  And did you date -- well, let me back up.  I'm
6        going to ask a little bit of information about
7        yours and Ryan's relationship, if that's okay.
8            How did you and Ryan meet?
9    A  We met through work.
10   Q  Does he work at Batesville Casket?
11   A  Yes.
12   Q  What's he do?
13   A  He's in maintenance.
14   Q  Do you remember about when you would have met him?
15   A  October, I think, 2002.
16   Q  Do you remember how you met Ryan Tracy?
17   A  He seen me at work one day, and he asked one of the
18       other maintenance guys about me.  And that was it
19       really.
20   Q  Okay.  Do you know how old Gage Tracy is?
21   A  Five.
22   Q  He's roughly the same age as Dylan?
23   A  Yeah.
24   Q  So sometime in the fall of '02 you met Mr. Tracy,
25       and he asked about you, and I assume that you guys

1    started dating?
2    A  Yes.
3    Q  And then a year, a little over a year later, the
4        two of you were engaged?
5    A  Yeah.
6    Q  Were you engaged to Mr. Tracy before the two of you
7        lived together or after, if you understand my
8        question?
9    A  After.
10   Q  How long after you and Mr. Tracy met and started
11       dating did the two of you move in together?
12   A  About, I don't know, seven or eight months.
13   Q  And this is a guess, but I assume that Ryan Tracy
14       has custody of his son Gage?
15   A  Yes.
16   Q  Do you know who Gage's mother is?
17   A  I think her name is Shawnda Jackson.
18   Q  And Mr. Tracy, is he Caucasian or African-American?
19   A  Caucasian.
20   Q  Do you know how old he is?
21   A  Thirty-one.
22   Q  Do you happen to know his date of birth?
23   A  I think it's 12/20/73.
24   Q  So the two of you became engaged, and then at some
25       point you were unengaged or broke it off, however

1    you want to refer to it; is that correct?
2    A  Yes.
3    Q  Okay.  Tell me when the two of you broke up.
4    A  June 2004.
5    Q  Okay.  And when you were engaged, had the two of
6        you actually set a date to get married, or was it a
7        situation where he said, will you marry me, you
8        said, yes, and you sort of were going along with
9        the flow, making the plans and pick a date to get
10       married in the future?
11   A  Oh, we was going to pick a date in the future
12       because we was going through some church stuff
13       first.
14   Q  What church stuff?
15   A  Well, he was turning Catholic.
16   Q  He was going through the RCIA process?
17   A  Yes.
18   Q  I take that you're Catholic?
19   A  Yes.
20   Q  Are you a member of a parish?
21   A  Yes.
22   Q  What parish and church do you go to?
23   A  St. Louis.
24   Q  In Batesville?
25   A  Yes.

1    Q  How far did Ryan get through the RCIA process?
2    A  He completed it.
3    Q  Do you remember when?
4    A  I'm not for sure.
5    Q  After he completed the classes through the Catholic
6        church, did the two of you then pick a date to get
7        married?
8    A  No.
9    Q  Why not?
10   A  I think -- actually I think it was shortly after
11       everything happened, and then we started having
12       problems.
13   Q  Okay.  How long were the two of you engaged before
14       the incident?
15   A  About six months.
16   Q  During that six-month time had he already started
17       the RCIA classes?
18   A  Yes.
19   Q  And during that six-month time frame the two of
20       you, if I'm correct, never picked a date to get
21       married?
22   A  No.
23   Q  Was it your intention to get married in the church
24       then?
25   A  Yes.

Page 18

1  Q  Have you ever been married before?
2  A  No.
3  Q  Had Ryan ever been married before?
4  A  Yes.
5  Q  Was that to Shawnda Jackson?
6  A  No.
7  Q  Who was Ryan married to before?
8  A  I know her name is Jennifer.
9  Q  Do you know where Ryan currently lives?
10  A  409 Eastern Avenue.
11  Q  I'm sorry, 409 East --
12  A  Eastern Avenue.
13  Q  Is that his house in Batesville?
14  A  Yes.
15  Q  Does he still work at Batesville Casket?
16  A  Yes.
17  Q  What's the highest grade of education or schooling,
18     if you will, that you completed?
19  A  High school.
20  Q  You're a high school graduate?
21  A  Yes.
22  Q  When did you graduate from high school?
23  A  In 1999.
24  Q  1999?
25  A  Yes.

Page 19

1  Q  Where did you graduate from?
2  A  Batesville.
3  Q  Have you ever taken any college or vocational
4     courses or enrolled at any college or vocational
5     school?
6  A  No.
7  Q  Have you ever had any continuing education or
8     classes through work?
9  A  Yeah.
10  Q  What kinds of work-related training have you
11     received?
12  A  They -- one was like -- I don't know.  It was
13     something about like with team leader training and
14     working with people.  I can't remember what it was
15     called.
16        And the other one was some -- I don't know.  I
17     don't know what it was.  HBS training, I know that,
18     but I don't know what it was.
19  Q  Any other training?
20  A  No.  I've been through training like with the
21     union, but I don't know if that counts.
22  Q  What kind of union training have you had?
23  A  I went to the Women of Steel program and they sent
24     me like a paper on that, and the other one was -- I
25     think -- it might have been leadership.  I can't

Page 20

1     remember.  It was in Pennsylvania, but I don't
2     remember what the class was.
3  Q  Are you a member of a union?
4  A  Yes.
5  Q  Which union are you a member of?
6  A  Steelworkers.
7  Q  Of America?
8  A  Yeah.
9  Q  Do you know your local number?
10  A  525.
11  Q  And are you an apprentice journeyman?  What kind of
12     designation, if any, do you have?
13  A  Just a delegate, I guess.
14  Q  I think I've asked you this before, but you've
15     never been married; is that correct?
16  A  Correct.
17  Q  Let's see.  I understand that you were engaged to
18     Ryan Tracy; is that correct?
19  A  Yes.
20  Q  And tell me about your engagement to Ryan Tracy.
21     And what I mean by that, it broke up in June of
22     '04?
23  A  Uh-huh.
24  Q  All right.  How long after the incident did the two
25     of you break off the relationship?

Page 21

1  A  About two months.  Or no, about a month.  About a
2     month.
3  Q  And was it a clean break where the two of you went
4     your separate ways, or after June of '04 did you
5     continue to talk periodically, maybe see each
6     other, go on dates?
7  A  We talked occasionally, but it was, I don't know,
8     it was up and down.  It was -- that's about it.  It
9     was just up and down.
10  Q  You believe the reason that you and Ryan broke off
11     your engagement was because of the incident at the
12     Omni Shoreham Hotel; is that right?
13  A  Yes.
14  Q  Why do you believe that?
15  A  Because I was pretty bothered by the incident, and
16     he didn't understand where I was coming from, and
17     we just didn't meet eye to eye on any of our
18     issues.
19  Q  I will come back to that in a moment.
20        Now, I understand from your interrogatory
21     answers you work at the Batesville Casket Company?
22  A  Yes.
23  Q  How long have you worked for Batesville Casket
24     Company?
25  A  A little over five years.

Page 22

```
1   Q  Do you know when you first started or what your
2      hire date is?
3   A  November 18th, 1999.
4   Q  And what is your position, current position, at the
5      Batesville Casket Company?
6   A  Interior associate.
7   Q  And what does an interior associate do?
8   A  All different kinds of things.  I get moved pretty
9      much every day so I don't really have one specific
10     job.  They can put me in the cap section or sewing
11     or water spider or install.  It depends.
12  Q  All right.  What is the cap section?  Let's say
13     tomorrow you go to work and they say, Miranda,
14     today you're going to work in the cap section, what
15     would you do?
16  A  Build the cap panels like they have a picture on
17     them for the casket.
18  Q  A cap panel that has a picture, I don't understand
19     what you mean.  I'm sorry.
20  A  When you open the lid and the background, whatever,
21     is on the lid, like whatever designs back there,
22     they take the fabric and make it, fold it and twist
23     it and bend it and make a picture out of it, I
24     guess.
25  Q  And when you're -- using the same example, you go
```

Page 23

```
1      in tomorrow and they say, today you're going to do
2      sewing.  What would you be doing sewing?
3   A  I could either sew overthrows or big bodies or
4      pillows or.
5   Q  What are those things?  I'm sorry.
6   A  Just the material that hangs over the side of the
7      casket when it's open.
8   Q  Okay.  An overthrow is?
9   A  Is the material that lays across the --
10  Q  The pillow seems self-explanatory.  It would be the
11     pillow inside a casket; right?
12  A  Yeah.
13  Q  And then big bodies, what in the world is that?
14  A  That's the thing that lays over the side, the
15     outside edge of the casket when it's open.
16  Q  The thing you said was water spider, you're going
17     to work at or on or in the water spider, what does
18     that mean?
19  A  Getting parts and hanging them up, just pretty much
20     getting parts for people.
21  Q  Okay.  And also install, I assume that means
22     putting caskets together?
23  A  Yeah.
24  Q  As an interior associate, it sounds to me, and
25     correct me if I'm wrong, that generally your work
```

Page 24

```
1      is installing, sewing, fabricating, putting
2      together the components and parts that go inside a
3      casket; is that generally correct?
4   A  Yes.
5   Q  How long have you been an interior associate?
6   A  Since I've been there.
7   Q  While working at Batesville Casket, have you ever
8      held a position besides being an interior
9      associate?
10  A  No.
11  Q  Now, I understand in this, as a result of this
12     incident, you are not making any claim for lost
13     wages; is that true?  '
14  A  Yes.
15  Q  You didn't miss any time or lose any time from work
16     as a result of this incident; right?
17  A  No.
18  Q  I assume your position at Batesville Casket is a
19     union position?
20  A  What do you mean?
21  Q  Okay.  It's a unionized place to work, and you are
22     a member of a union, and you've got a collective
23     bargaining agreement, things such as that?
24  A  Yeah.
25  Q  Have you ever been laid off while you've been at
```

Page 25

```
1      Batesville Casket?
2   A  No.
3   Q  Do any of your family members work at Batesville
4      Casket?
5   A  My mom works in the office.
6   Q  What does she do?
7   A  She is accounts receivable.  She applies checks.
8   Q  Have you ever missed any time from work as a result
9      of any illness?
10  A  No.
11  Q  Do you remember how old you were when you started
12     working for Batesville Casket?
13  A  Eighteen.
14  Q  Have you ever worked anyplace besides Batesville
15     Casket?
16  A  Yes.
17  Q  Where else have you worked?
18  A  I've worked at Valeo like a week before I started
19     at Casket.  I worked at Wendy's before that.  And I
20     think I worked at -- I can't remember which place
21     first, but I worked at Kroger's and Band Box
22     Cleaners.
23  Q  Can you spell -- is it Ban Box or Van Box?
24  A  Band, B-A-N-D, Box.
25  Q  B-A-N-D B-O-X Cleaners?
```

Page 26

1  A  Uh-huh.
2  Q  All of those locations in Batesville?
3  A  Yes.  Well, not Valeo.  I take that back.
4  Q  Where is Valeo?
5  A  Greensburg.
6  Q  And Valeo, is that a factory position?
7  A  Yes.
8  Q  Making parts for cars basically?
9  A  Yeah.
10 Q  Wendy's, what did you do there?
11 A  Took the orders.
12 Q  How long did you work at Wendy's?
13 A  Probably a little -- about a year, I guess.
14 Q  Prior to working at Wendy's you worked at Kroger's.
15    What did you do for Kroger?  And I assume you mean
16    the supermarket Kroger.
17 A  Yeah.  Well, I bagged groceries there and got
18    carts.  But I think I worked at the cleaners before
19    I worked at Wendy's.
20 Q  What did you do at Band Box Cleaners?
21 A  Tagged in -- took people's clothes in and put tags
22    on them so they wouldn't get lost and gave them
23    back to them.
24 Q  How old were you when you first started working?
25 A  Sixteen.

Page 27

1  Q  Have you been employed, whether it be part time or
2     full time, since the age of 16 essentially
3     continuously?
4  A  Yes.
5  Q  How old were you when Dylan was born?
6  A  Eighteen.
7  Q  Were you still in school when Dylan was born?
8  A  I graduated by the time he was born.
9  Q  So you graduated in probably the spring of '99; is
10    that correct?
11 A  Yeah.
12 Q  Did you and Dylan's father, Dennis Lee, ever
13    discuss getting married?
14 A  We mentioned it, I guess, but we never really
15    talked about it.
16 Q  How long after Dylan was born did you and Mr. Lee
17    continue to date?
18 A  About three months.
19 Q  How did your relationship with Mr. Lee end?
20 A  I just told him I didn't want to see him no more.
21 Q  And why is that?
22 A  Because he was in jail.
23 Q  Why was he in jail?
24 A  I don't really know other than he chose to do wrong
25    things.  I don't know.

Page 28

1  Q  Is he still incarcerated?
2  A  I don't think so.
3  Q  How did you and Mr. Lee meet?
4  A  Through his brother.  His brother was my sister's
5     friend, and I guess through her.
6  Q  How old is Mr. Lee?
7  A  I'm not sure.
8  Q  Is he older than you?
9  A  No.
10 Q  Did he go to high school with you or did he live
11    somewhere outside of Batesville?
12 A  He lived in Batesville, and I -- and he -- yeah, he
13    went to school, but I don't know.  I didn't ever
14    see him in school.  I think he ended up doing home
15    schooling.
16 Q  Do you know where he is today?
17 A  No.
18 Q  Have you ever been involved in a lawsuit before
19    this?
20 A  No.
21 Q  Has anyone in your family, immediate family, mom,
22    dad, brother, or sister, ever been involved in a
23    lawsuit?
24 A  Not that I know of, no.
25 Q  Okay.  You attend St. Louis Catholic Church?

Page 29

1  A  Yes.
2  Q  Do you consider yourself a regular church-goer?
3  A  Pretty much, yeah.
4  Q  How often do you go to mass?
5  A  Once a week.
6  Q  Are you a member of any groups at the church,
7     whether it be like a welcome committee, the choir,
8     anything like that?
9  A  No.
10 Q  Are you active in your union?
11 A  Not anymore.
12 Q  Did you used to be active in your union?
13 A  Yeah.
14 Q  Describe for me what you mean.  When I asked you if
15    you are active in your union, describe for me what
16    that means.  In other words, how were you active in
17    the union?
18 A  Well, I participated in their classes and events,
19    and I went to all the meetings, and I helped them
20    pass out fliers and stuff when we were bargaining
21    for our contract.
22 Q  And you now no longer attend any classes or events?
23 A  No.
24 Q  You don't attend any meetings?
25 A  No.

Page 30

1   Q And you don't pass out any fliers?
2   A No.
3   Q Have you ever held any type of elected or appointed
4      position in the union, like a steward or a union
5      representative?
6   A No. No.
7   Q Why did you -- well, let me first ask, when did you
8      become inactive in the union?
9   A Probably just here recently. I don't know a date
10     for sure. It was just gradually over time.
11  Q Why? Did you lose interest? Why did you become
12     less active in the union?
13  A That and, well, besides Washington and then the
14     people in the union, and just kind of little things
15     over time.
16  Q What about the people caused you to become or want
17     to become less active in the union?
18  A Just their actions and the way they talk behind
19     people's backs and stuff, and don't really do the
20     job that they are there to do.
21  Q Okay. What types of actions?
22  A Deliberately doing stuff to people that they just
23     don't like.
24  Q Does that include you?
25  A Yeah, and other people I know.

Page 31

1   Q Like? Give me a couple of examples.
2   A They would like -- examples of what? Of what they
3      would do?
4   Q Yes, some of the actions you described as doing
5      stuff to people that they don't like.
6   A They would throw out grievances, and ones that
7      would win, and in exchange for one of theirs or
8      whatever.
9   Q Have any of the union stewards or representatives
10     thrown out any grievances you've made against
11     Batesville Casket?
12  A Yeah.
13  Q How many grievances have you made against
14     Batesville Casket?
15  A Maybe three.
16  Q Have they thrown out all of your grievances?
17  A No.
18  Q How many grievances of yours has the union thrown
19     out, to use your term?
20  A Well, one.
21  Q And what grievance was that?
22  A I can't remember.
23  Q Do you remember any of the other grievances that
24     you've made?
25  A I know one was for pay.

Page 32

1   Q How was that resolved?
2   A I haven't heard an answer on it yet, but from
3      what -- well, from anybody or seen anything, but
4      they said that I should get it.
5   Q Is it an overtime type of an issue or pay increase
6      type of an issue?
7   A Pay increase.
8   Q Another reason you said you've become less active
9      in your union over time is because some of the
10     people talk behind the backs of others. Tell me
11     what you mean by that.
12  A I know one of the chief stewards and the grievance
13     committee chairman, they are against some people.
14     They have their favorites.
15  Q Who are they against? Are they against you?
16  A Yeah.
17  Q Do you know why?
18  A Probably because of my ex-fiance.
19  Q Is he active in the union?
20  A He was. I don't know if he still is.
21  Q You say probably because of your ex-fiance. That
22     means you believe that your ex-fiance has something
23     to do with the chief steward and the head of the
24     grievance committee being against you. Explain why
25     you think that.

Page 33

1   A Because they work together and they talk, and from
2      what I hear down at my work from my steward and
3      stuff like that. I don't know any words exactly,
4      but ...
5   Q The other reason you said that the people of the
6      union have made you want to be less active is
7      because they don't do their job. In what way don't
8      they do their job?
9   A I don't think they -- the stewards are there to
10     file the grievances, and they don't file a lot of
11     people's grievances that want them filed or don't
12     take them, the steps that they are supposed to
13     take.
14  Q Another reason you indicated was because of
15     Washington. Tell me what you mean by that.
16  A Oh, because I was on a union function in Washington
17     at the time of the incident, and I just, I don't
18     know, don't care to go on any of their trips or
19     anything anymore. I don't care to.
20  Q Do you blame the union either wholly or partially
21     for what happened to you in Washington?
22  A No, I don't guess.
23  Q Did the union pay to send you to Washington?
24  A Yes.
25  Q Did you fly or drive out?

Page 34

1  A  Fly.
2  Q  They paid for your airfare?
3  A  Yes.
4  Q  Did the union pay for your hotel also?
5  A  Yes.
6  Q  Did the union pay for your attendance at the
7    conference, the registration fee?
8  A  Yeah.
9  Q  Did they pay for your meals while you were in
10   Washington?
11  A  Well, yeah.
12  Q  Did they give you like a per diem, like a stipend,
13   you get so much per day for your meals?
14  A  Yeah.
15  Q  How much did they give you per day for your meals?
16   Do you remember?
17  A  I don't remember.
18  Q  Do you remember if it was enough to cover your
19   meals, more than enough to cover your meals, or
20   less than enough to cover your meals?
21  A  It ran about even.
22  Q  And did they pick up the incidental expenses like
23   cabs and things like that while you were in
24   Washington, D.C.?
25  A  Yeah.

Page 35

1  Q  Did your trip to the union conference, did it cost
2    you anything?
3  A  No.
4  Q  Where was the conference hosted?  Was it at the
5    Shoreham Hotel or was it at some other location?
6  A  Yeah, at the hotel.
7  Q  It seems like -- I'm going to ask you a few more
8    questions before I start asking about the incident.
9       Are you a member of any local charities or
10   organizations in Batesville?  I'll just throw out
11   some examples, like the Eagles or a Moose lodge or
12   like Little Sisters of the Poor or anything like
13   that.
14  A  VFW.
15  Q  You're a member of the VFW?
16  A  Yeah.
17  Q  Are you a veteran?
18  A  No.  On the ladies auxiliary thing or whatever.
19  Q  How did you become a member of the VFW?
20  A  Through my dad, and my mom asked me if I wanted to.
21   I was like whatever.
22  Q  Okay.  Other than the VFW, any other groups, clubs,
23   or organizations that you're a member of?
24  A  I don't think so.
25  Q  What post?  I assume it's in Batesville; right?

Page 36

1  A  Yeah.
2  Q  Do you know the post number?
3  A  I don't know.
4  Q  I would guess, and this could be wrong, but there
5    is probably one VFW location in Batesville; is that
6    right?
7  A  Yeah.
8  Q  And so whatever the number is, that's the one.
9  A  (Nodding.)
10   MR. THORNBURG:  We can go off the record for a
11   second.
12      (A brief recess was taken.)
13  BY MR. THORNBURG
14  Q  We're back on the record.  You understand that
15   you're still under oath today; correct?
16  A  Yes.
17  Q  Well, let's just now talk about the incident that,
18   you know, is really why we're here.
19      You went to the Women of Steel conference at
20   the Omni Shoreham Hotel; is that correct?
21  A  Yes.
22  Q  Tell me when you took off from Indianapolis to go
23   to the conference, if you remember when that was.
24  A  It was early in the morning.
25  Q  What day?  Do you remember?

Page 37

1  A  May 1st or 2nd, I think.
2  Q  Do you remember when the conference began?  In
3    other words, was it a Tuesday, a Wednesday, a
4    Thursday, Friday?  Was it over a weekend?
5  A  I think it was like a Monday, started on Monday
6    maybe.  I'm not for sure.
7  Q  Do you remember how long the conference was to
8    last?
9  A  Three days.
10  Q  When did you arrive for the conference?
11  A  The same day that I left.
12  Q  Explain to me what you mean, the same day that you
13   left.
14  A  The day that I left, when I -- I don't know.  When
15   I --
16  Q  Okay.  That's a good answer to a bad question that
17   I asked.
18      Let's say that the seminar would start today,
19   which is a Thursday, and that would be the first
20   day of the conference.  Did you arrive the day the
21   conference began, since you can't remember the
22   date?
23  A  Yes.
24  Q  Did you arrive the day the conference began or did
25   you arrive the day before the conference began?

Page 38

1  A  I guess the day before.
2  Q  So you were there when the conference began,
3     whether that was a Monday, Tuesday, Wednesday,
4     Thursday, Friday, Saturday, or Sunday; whatever day
5     the conference began, you were there the day before
6     that?
7  A  Yes.
8  Q  Do you remember what time of the day that you
9     arrived?
10 A  It was I think around, around 5.
11 Q  5 a.m. or 5 p.m.?
12 A  P.m., I think.
13 Q  And do you recall, when the conference began the
14    day after you arrived, do you recall what time the
15    conference began in the morning?
16 A  8 a.m.
17 Q  The first day of the conference, did you attend all
18    of the sessions?
19 A  No.
20 Q  Which ones did you miss?
21 A  I don't know. I got there around 11.
22 Q  When you arrived in Washington, D.C., when did the
23    assault occur? Was it on the first night that you
24    were in town, the second night, the third night,
25    the fourth night?

Page 39

1  A  The first night.
2  Q  And so the following day the conference began; is
3     that right?
4  A  Yes.
5  Q  The conference began at 11 a.m. in the -- or at
6     8 a.m. in the morning?
7  A  Uh-huh.
8  Q  And you didn't go to -- you didn't go to the start
9     but you were there by 11?
10 A  Yes.
11 Q  Do you remember how many days the conference
12    lasted?
13 A  Three.
14 Q  Did you stay then the first day, the second day,
15    and the third day of the conference?
16 A  Yes.
17 Q  On the second day of the conference did you make
18    all of the sessions?
19 A  Yes, I think.
20 Q  How about the third day? Did you make all the
21    sessions?
22 A  I don't know, because I know I had to go to court
23    while I was up there, and I can't remember which
24    day.
25 Q  So one of the days you were there you had to go to

Page 40

1     court?
2  A  Yes.
3  Q  Do you remember which court you went to?
4  A  The superior court. I don't know.
5  Q  Do you remember the name of the judge?
6  A  No.
7  Q  Who is Michelle Ison?
8  A  She is, I believe -- she's either treasurer or
9     secretary. I think she's the treasurer.
10 Q  Of what?
11 A  Our union.
12 Q  In Batesville?
13 A  Yes.
14 Q  Who is Desiree Moody?
15 A  She's a union member.
16 Q  Before you went to this conference, did you know
17    Michelle Ison?
18 A  Yes.
19 Q  Did you know Desiree Moody?
20 A  Yeah, somewhat.
21 Q  Who did you room with at the hotel, if anyone?
22 A  Desiree.
23 Q  Did you ever share a room with Michelle Ison?
24 A  No.
25 Q  Who from Batesville Casket and your union, who all

Page 41

1     went to this Women of Steel conference?
2  A  Only me and Desiree. And she's from Hill-Rom.
3     She's not from Casket.
4  Q  So Michelle Ison was not there --
5  A  No.
6  Q  -- at the conference? You and Desiree shared a
7     room then at the hotel?
8  A  Yes.
9  Q  How was it decided that you and Desiree would share
10    a room?
11 A  I don't know, because we were the only two that
12    went from our union.
13 Q  Did you and Desiree sign up for the conference
14    together?
15 A  I guess. Michelle asked me if I wanted to go, and
16    I said that I would.
17 Q  What was the purpose of the conference?
18 A  I'm not real for sure. It was a Women of Steel
19    like thing, and they taught some things, and then I
20    think they went and lobbied or whatever. I don't
21    know. I didn't get to go do that though.
22 Q  Why didn't you get to go do the lobbying?
23 A  I was -- I believe that's when I was in court.
24 Q  So your plane arrives about 5 p.m. in the afternoon
25    the day before the conference starts; correct?

Page 42

1  A Yes.
2  Q Do you remember what airport you flew in to?
3  A I think there is two in Washington, but I'm not
4     sure which one.
5  Q How did you get to the hotel?
6  A Some big van, taxi thing.
7  Q Had the conference arranged for transportation for
8     the people attending the conference --
9  A Yes.
10 Q -- or was it a van that the hotel sent?
11 A It was for people attending the conference.
12 Q Did they have a sign out, Women of Steel conference
13    this way?
14 A No. Whatever the van -- whatever the service
15    people were is what they said to go to. But I just
16    followed the other Women of Steel that were on our
17    plane.
18 Q Did you fly through Indianapolis or Cincinnati?
19 A Indianapolis.
20 Q Was Desiree on your flight?
21 A Yes.
22 Q Do you remember about when you got to the hotel?
23 A Maybe 5:30. I don't know.
24 Q Get off the plane, pick up your bags, you go to get
25    transportation, and you go straight to the hotel?

Page 43

1  A Uh-huh.
2  Q After you got to the hotel, what happened next?
3     What did you do next?
4  A We checked in.
5  Q Okay. Do you remember what room you were in?
6  A It was 1, I'm thinking, 38.
7  Q Okay. Was that on the first floor or the second
8     floor or the tenth floor? How many floors up from
9     the hotel?
10 A The first.
11 Q If I walk in off the street, how far up is the
12    first floor? And what I mean by that is ground
13    level I walk in at the street. Is the first floor
14    that floor? Is it one up? Is it above that?
15 A One up.
16 Q Okay. And the room was one bed? Two beds?
17 A Two beds.
18 Q Did you and Desiree check in at the same time?
19 A Yes.
20 Q Once you got checked in, what did you do next?
21 A Went up to our room.
22 Q What did you do then?
23 A And then we went back down to the lobby and met
24    with the girls that were on our plane.
25 Q You met other women on the plane that were going to

Page 44

1     the Women of Steel conference?
2  A Yes.
3  Q Do you know where they were from?
4  A They were from Local 1010, which was --
5  Q Where is Local 1010?
6  A Out of Indianapolis, I believe.
7  Q Do you remember where these women worked, what they
8     did, any of their names?
9  A I don't know.
10 Q How did you meet them on the plane?
11 A What do you mean? Just like we kind of met them
12    before we got on the plane because they had Women
13    of Steel shirts on.
14 Q Oh. So you recognized them at the airport?
15 A Yeah.
16 Q All right. I'm sorry. Go ahead. You went back to
17    the lobby. You met them. What did you do then?
18 A And then we went out to dinner.
19 Q Do you know where you went?
20 A To an Italian restaurant.
21 Q Do you remember the name of it?
22 A No.
23 Q How many people went to dinner?
24 A I'm thinking like eight or nine.
25 Q And the folks that went to dinner, was Desiree in

Page 45

1     that group?
2  A Yes.
3  Q Were the other women in that group, were they the
4     women that you had met at the airport?
5  A Yes.
6  Q Anyone else added to the group other than the group
7     of women with the Women of Steel T-shirts on you
8     met at the airport, Desiree, and yourself?
9  A No.
10 Q You went to an Italian restaurant?
11 A Yes.
12 Q You do not remember the name?
13 A No.
14 Q Did you take a cab to get there or did you walk?
15 A We walked.
16 Q How far away from the hotel was it?
17 A Maybe two blocks or so.
18 Q Do you remember how you got to the restaurant? In
19    other words, coming out of the hotel, did you go to
20    the right? Did you go to the left?
21 A We went to the right and then we went to the left.
22 Q If you know, how was the decision made to go to
23    this restaurant?
24 A We walked up and down the street and looked at all
25    the restaurants, and the majority decided that they

12 (Pages 42 to 45)

Page 46

1    wanted Italian.
2    Q  So you didn't have a reservation to eat there?
3    A  No.
4    Q  And didn't get a recommendation from anyone at the
5       hotel to eat there?
6    A  No.
7    Q  Tell me a little bit about the restaurant.  And
8       what I mean by that, is it a nice restaurant where
9       you sit down and eat, or is it more like, not that
10      Fazoli's is bad, but a place like Fazoli's or
11      something like that that's more fast food-type
12      Italian or an Enzo Pizza at the mall or something
13      like that?
14   A  It wasn't a nice place, but they took a long time.
15      And the people that owned it, I don't know if they
16      could speak English or understand what we were
17      saying or not.
18   Q  Did they speak Spanish or was it Italian or could
19      you tell the difference?
20   A  I don't know.
21   Q  Do you remember what street this restaurant was
22      located on?
23   A  I don't know.
24   Q  How big was it?
25   A  It looked like sort of kind of like a house like

Page 47

1    thing.
2    Q  Do you remember what time you went to dinner?
3    A  Probably around 6, 6:30.
4    Q  When you checked into the hotel, did you unpack
5       your clothes or did you leave them in your
6       suitcase?
7    A  Left them in the suitcase.
8    Q  How long was dinner?  Do you remember?
9    A  About probably at least a good two hours or so.
10   Q  During dinner what did you have to drink?
11   A  Water.
12   Q  What did you eat?
13   A  Spaghetti.
14   Q  Did anyone at the table drink with dinner?
15   A  No.
16   Q  When I say "drink," I mean alcoholic beverages.
17   A  Yeah.
18   Q  No one ordered any wine?
19   A  No.
20   Q  No one ordered any beer?
21   A  Not that I can recall.
22   Q  And no one ordered any mixed drinks?
23   A  No.
24   Q  Do you remember what the folks at the table were
25      drinking?

Page 48

1    A  I believe we all got water.
2    Q  Do you remember what the group talked about during
3       dinner?
4    A  They were talking about -- some of them brought
5       their papers with them, and they was talking about
6       the events of the next three days.  And that's
7       about it, all I can remember.
8    Q  After dinner where did you go?
9    A  We stopped at a drug store, and a lot of us picked
10      up alcohol there.
11   Q  What kind of alcohol?
12   A  I got beer.
13   Q  What kind of beer?
14   A  Bud Light.
15   Q  Did Desiree get any alcohol?
16   A  No.
17   Q  What did the other women get?  Do you remember?
18   A  I think some of them got beer and some of them got
19      whiskey.
20   Q  Is there a reason why you didn't drink anything
21      alcoholic at dinner?
22   A  Probably because of the price of the beer.
23   Q  How much Bud Light did you purchase?  Did you get a
24      6-pack, a 12-pack, a case?
25   A  A 6-pack.

Page 49

1    Q  Was it cold?
2    A  Yes.
3    Q  And do you remember the name of the drug store?
4    A  No, I'm not for sure, unless it was like CVS.  I
5       don't know.
6    Q  Was the drug store on the way back to the Shoreham
7       Hotel from the Italian restaurant?
8    A  Yes.
9    Q  Did you buy anything besides beer when you went to
10      the drug store?
11   A  No.
12   Q  How was the decision made or tell me about why the
13      group stopped at the drug store to buy alcohol.
14   A  Just, I don't know, somebody walked in and
15      everybody followed, I guess.
16   Q  Was there any discussion at dinner about getting
17      beer, wine, liquor, whatever, and bringing it back
18      to the hotel and having some drinks, hanging out
19      and talking?
20   A  Yes.
21   Q  Did you buy -- I think I asked you this, but did
22      you buy anything besides the 6-pack of beer?
23   A  No.
24   Q  And then where did you go after that?
25   A  We went back to the hotel.

Page 50

1  Q  Okay. When you went back to the hotel, what did
2     you do then?
3  A  Went up to my room.
4  Q  Okay.
5  A  And we were all going to meet back in the lobby
6     sometime, but we never had the time, I guess,
7     figured out. I thought they was going to stay down
8     in the lobby. But I went up to my room and got
9     ready or, you know, and started drinking a couple
10    beers up there.
11 Q  So the women talked about getting back together
12    later that night at the hotel somewhere; is that
13    right?
14 A  Yes.
15 Q  Okay. And was a time or location picked?
16 A  They said down in the lobby, but they didn't have a
17    time.
18 Q  Was the understanding of the group to go back to
19    the rooms, freshen up, if you will, and meet back
20    down in the lobby in a few minutes?
21 A  I don't know about a few minutes. I don't know.
22    They didn't have a set time. They said later. So
23    I didn't know how later.
24 Q  Okay. Did you ever go back to the lobby to try to
25    meet the other women in the group?

Page 51

1  A  Yeah.
2  Q  Did you ever meet up with the other women that you
3     had gone to dinner with that night?
4  A  No.
5  Q  You said you went up to the room and you got ready.
6     What does that mean?
7  A  Well, I went up there and I went to the restroom
8     and, I don't know, I changed my clothes, I think.
9     And then Desiree was up there with me and, you
10    know, we started talking. And by the time she
11    decided she was going to go to bed, and I think I
12    was looking at them papers and listening to --
13    I listened to music, and then I decided I wanted a
14    cigarette, and then I went down there.
15 Q  Did you have a nonsmoking room at the hotel?
16 A  Yes.
17 Q  After you went to dinner, went back to the room and
18    used the restroom, and you think you changed
19    clothes?
20 A  Yeah.
21 Q  What were you wearing when you went to dinner, if
22    you remember?
23 A  I take that back. I didn't change my clothes,
24    because I had a blue shirt on and blue jeans.
25 Q  Is that what you traveled from Indianapolis out to

Page 52

1     Washington in?
2  A  Yes.
3  Q  While at dinner, after dinner when you were in the
4     drug store or getting back to the hotel, did
5     anybody in the group exchange their room numbers?
6     For example, I'm in room 2010; give me a call; when
7     we get back, we'll get together?
8  A  Yeah.
9  Q  Did you give everyone your room number?
10 A  Desiree did.
11 Q  Was one of the understandings of the group that
12    once everybody got back to the hotel, they might
13    call each other and figure out when to meet?
14 A  No.
15 Q  Okay. You had the room numbers for some of the
16    other women in your group; is that right?
17 A  Desiree did. I didn't -- I didn't really hear what
18    they said. I couldn't remember which numbers they
19    said.
20 Q  Did Desiree write them down?
21 A  No.
22 Q  Did you ever try to call any of the other women
23    that you had met earlier that night and had dinner
24    with?
25 A  No.

Page 53

1  Q  Did Desiree, when she got back to the hotel, did
2     she try to contact any of those other women?
3  A  Not by telephone.
4  Q  Did she try to contact them in some other way?
5  A  I don't think that night. I don't think.
6  Q  When did Desiree go to bed?
7  A  Maybe around 11.
8  Q  Did Desiree go to bed earlier than you wanted to
9     actually turn in and go to bed that night?
10 A  Yeah.
11 Q  What time do you typically go to bed?
12 A  2, 3 in the morning.
13 Q  What shift at this time were you working at
14    Batesville Casket?
15 A  Second.
16 Q  So you were working from when to when?
17 A  From 4:30 to 1 or later.
18 Q  4:30 at night until 1 or later in the morning?
19 A  Yes.
20 Q  The day that you left to fly out to this
21    conference, had you worked that day?
22 A  No.
23 Q  Okay. I'm sorry to interrupt you. What shift did
24    Desiree work?
25 A  First.

Page 54

1   Q  So she worked more of a -- not that it's 9 to 5,
2      but more of a daytime 9-to-5 type shift?
3   A  Yeah.
4   Q  Would it be fair to say that when Desiree went to
5      bed, you weren't ready to go to bed yet?
6   A  Yeah.
7   Q  How many beers did you drink when you were in the
8      room once you got back from dinner until you left
9      to go downstairs?
10  A  Probably about four.
11  Q  Once you got back from dinner, you go back to your
12     room and you go to the restroom, you have a few
13     beers in your room, did you ever leave at any time
14     before you went to the Marquee Bar to go have a
15     cigarette?
16  A  I'm not for sure.  Probably.
17  Q  When you went -- do you have a recollection one way
18     or the other?  Because the one thing, I didn't tell
19     you this earlier, but the one thing I don't want
20     you to do is guess at stuff.  If you don't remember
21     something or you don't know, it's okay to say you
22     don't remember or you just don't know.
23  A  I don't know.  I don't know for sure.
24  Q  So you had about four beers in your room, and then
25     you go downstairs to the bar; is that right?

Page 55

1   A  Yeah.
2   Q  While you were in your room, from the time that you
3      got back from having dinner and going to the drug
4      store to buy alcohol until going down to the bar,
5      did Desiree have anything to drink?
6   A  She had a couple -- now, from when?
7   Q  The first night you were there, so you bought a --
8   A  When we got back from dinner to when I went down?
9   Q  To when you went down to the bar.
10  A  Yeah, I think she had two beers.
11  Q  Did you and Desiree drink the whole 6-pack that you
12     bought?
13  A  Yeah.
14  Q  Desiree didn't buy any alcohol?
15  A  No.
16  Q  So when you left to go down to the bar, there was
17     no more beer in your room?
18  A  Right.
19  Q  Was your room equipped with a mini bar, do you
20     remember?
21  A  I -- I guess.  They had a cabinet thing, but we
22     didn't open it.
23  Q  So you have four beers and you decide to go
24     downstairs.  Why did you go downstairs?
25  A  To have a cigarette and to see if those other girls

Page 56

1      were down there.
2   Q  Where did you have your cigarette?  Did you go
3      outside the hotel?  Did you go to the lobby?
4   A  First I went outside.  I looked in the lobby and I
5      went outside.  And they weren't there, so I went in
6      the bar to see if any of them were in there.  And
7      none of them were in there.
8   Q  When you first went downstairs, you first go
9      outside, did you smoke a cigarette outside or did
10     you just go outside and look around?
11  A  First I looked around, then I decided to smoke a
12     cigarette.
13  Q  You go outside.  Did you have one cigarette, two
14     cigarettes, three?
15  A  One.
16  Q  You go back inside then and you go to the bar to
17     look for the women?
18  A  Yeah.
19  Q  Did you find any of them in the bar?
20  A  No.
21  Q  Before you left to go downstairs, was Desiree
22     asleep yet or was she still awake but lying in bed?
23  A  She was probably asleep.
24  Q  Any time in the room did you ask Desiree for the
25     phone numbers of the other women that you had met

Page 57

1      that day?
2   A  No.
3   Q  Did you have any type of T-shirt, name tag, a
4      badge, any type of identification, that you would
5      have gotten when you registered or as part of
6      participating in the Women of Steel conference that
7      would have identified you as a person attending the
8      Women of Steel conference?
9   A  That I had on with me?
10  Q  Yes.  Yes.
11  A  Yeah, I had my coat.  I had a steelworkers jacket,
12     and it had a big sign on the back and on the front
13     (indicating).
14  Q  But you didn't have anything specifically
15     identifying you as a Women of Steel --
16  A  I think I -- I can't remember if I had my name tag
17     on or not, because we did have name tags.
18  Q  So you might have; you might not have.  You just
19     don't remember?
20  A  I don't remember.
21  Q  So you go in the bar and you look around and you
22     don't find any of the women that you went to dinner
23     with; is that right?
24  A  That's correct.
25  Q  Were there any other women that were in the bar

Page 58

1   that, like the women back in Indianapolis, would
2   have had a Women of Steel T-shirt or sweatshirt or
3   ironworker type of jacket on?
4   A No.
5   Q When you walked into the bar, was anyone with you?
6   A No.
7   Q When did you go into the bar?
8   A Probably around midnight, 12.
9   Q And when you walked in, tell me what you did. You
10   obviously looked around. Does that mean you walked
11   in and looked around, you know, moving your head,
12   or did you kind of do a lap around the bar?
13   Describe for me what you did when you walked in the
14   bar.
15   A I walked in and walked around the bar and looked,
16   and there was a few people sitting in there, but
17   there was nobody with any steelworker logo of any
18   kind.
19   Q Was the bar busy that night? In other words, was
20   it crowded? Was it relatively empty? How many
21   people were in there?
22   A It was pretty empty. They had maybe like two
23   tables, and there was four people sitting up at the
24   bar.
25   Q How big is the bar? Describe it, if you remember.

Page 60

1   A There was two seats between me and then one seat on
2   the other side.
3   Q So you sat down at the bar by yourself?
4   A Yes.
5   Q And what happened next?
6   A I got a beer and smoked a cigarette and I was
7   watching the TV. And when I -- well, I ran out of
8   cigarettes, and I asked the bartender if they sold
9   any down there. And he said no. And he told me to
10   ask this guy next to me for a cigarette
11   (indicating).
12   Q And this person was on your right or on your left?
13   A On my left.
14   Q And that would have been -- so there would have
15   been one seat between you and this gentleman?
16   A Two.
17   Q Two seats between you and the gentleman on your
18   left?
19   A Yes.
20   Q Describe the bartender for me. Was he a white guy,
21   black guy, Hispanic guy?
22   A I guess white.
23   Q Was it a man or a woman?
24   A A man.
25   Q Did he have any type of an accent at all?

Page 59

1   A I don't remember.
2   Q That's okay. All right. There were a few people
3   in the bar. How many people were sitting around
4   the tables?
5   A I think they had like two or three tables with
6   people at them. I don't know how many people were
7   at the tables.
8   Q And then there were four people sitting at the bar?
9   A Yeah.
10   Q You walk in and you look around and see that the
11   women you're looking for aren't there. What did
12   you do next?
13   A Since I wasn't ready to go to bed, I was going to
14   sit down and drink one beer and go to bed.
15   Q All right. Where did you sit down to have your
16   drink?
17   A At the bar.
18   Q Were there open seats at the bar?
19   A Yes.
20   Q How many open seats, if you remember?
21   A I think at least four.
22   Q When you sat down at the bar, did you sit down next
23   to someone or did you sit down in a seat to where
24   there was an open seat on either side of you?
25   What --

Page 61

1   A I don't remember. But I know he was speaking a
2   different language to these other people that were
3   sitting up at the bar.
4   Q The people that you asked for a cigarette from?
5   A Yeah.
6   Q Who did you ask for a cigarette from?
7   A Some old guy sitting next to me. He was a
8   newspaper writer, I guess, or something like that.
9   Q How do you know that?
10   A Later on that Alfredo came over and said that
11   that's what that guy did or whatever. I don't
12   know. Because they were talking. I don't know
13   what they were saying.
14   Q Were they speaking English or a foreign language?
15   A A foreign language, half that and half English. I
16   don't know.
17   Q When you were in the bar, there was the bartender
18   behind the bar. Were there any other Omni Shoreham
19   employees in the bar, like servers, cocktail
20   waitresses, busboys?
21   A Yeah, there was -- I almost think there was another
22   bartender, but I'm not for sure.
23   Q Maybe two bartenders?
24   A Yeah.
25   Q Do you remember any cocktail waitresses or servers?

Page 62

1   A  Yeah, one come in and out.
2   Q  How about like a busboy type of a person?
3   A  I don't remember.
4   Q  Did you ever see any of the Omni Shoreham's
5      security guards walk through the bar or the lobby
6      while you were there that night?
7   A  Well, I don't know if they are security guards or
8      dressed the same as the people that open the doors
9      or not, I don't know.  But I don't know.
10  Q  You recall that there was more than one Omni
11     Shoreham employee in the bar the night you were in
12     there?
13  A  Yeah.
14  Q  So go ahead then and tell me what happened next.
15     You said the bartender tells you to ask the guy
16     next to you on your left two seats down for a
17     cigarette.  Did you do that?
18  A  Yeah.
19  Q  Then what happened?
20  A  And then he gave me a cigarette, and --
21  Q  Do you remember what kind it was?
22  A  I think it was a Marlboro, and I think it was a
23     medium.  I'm not sure.
24  Q  What kind of cigarettes do you typically smoke?
25  A  Camel Lights.

Page 63

1   Q  Go ahead.  I'm sorry.  I interrupted you.  You
2      asked him for a cigarette.  He gave you one.
3   A  And then I just finished my beer, and that guy came
4      down and was talking back and forth between me and
5      that other guy that gave me the cigarette.
6   Q  You say "that guy."  You mean the bartender was
7      speaking --
8   A  Alfredo.  But I didn't know that -- I didn't know
9      what his name was or anything.
10  Q  You were sitting at the bar and Alfredo walked up
11     to you and was speaking to you and the gentleman
12     from whom you borrowed the cigarette?
13  A  Yes.
14  Q  When did Alfredo Rodriguez walk up to you?  Do you
15     remember how long you had been there?
16  A  I don't know.
17  Q  Were you still drinking your first beer at the bar
18     when he walked up to you?
19  A  Yes.
20  Q  All right.  Did he sit down?  Did he stand there?
21     What did he do?
22  A  He was standing.
23  Q  What happened next then?
24  A  I think he went back over around by the other guy
25     and girl, and then they called last call, and he

Page 64

1      got me -- he ordered a beer for me.  And then I
2      think he came over and talked some more, and then
3      they closed the bar.  And he got one more beer to
4      go, and whatever else he was drinking and those
5      other guys were drinking, and then we sat out in
6      the lobby.
7   Q  While you were sitting at the bar, did you actually
8      join the group that Mr. Rodriguez was a part of, if
9      you understand what I'm saying?  Did you move seats
10     to get closer to them, or did they move seats to
11     get closer to you, or did there always remain two
12     seats between you and the group?
13  A  That Alfredo moved over closer to me, but I stayed
14     where I was.
15  Q  So there was always a seat between you and him?
16  A  Yes.
17  Q  At any time while you were in the bar, sitting at
18     the bar drinking, did Mr. Rodriguez make you
19     uncomfortable?
20  A  No, not that I can think of.
21  Q  Did he come on to you in any way sexually?
22  A  No.
23  Q  Did he say anything that, as you sat there, you
24     thought was very inappropriate for him to say?
25  A  I -- no, because, I mean, he was speaking in a

Page 65

1      different language most of the time, so I didn't
2      really know anything they said.
3   Q  But as far as English goes, he didn't say anything
4      to you that you felt was inappropriate?
5   A  No.
6   Q  As to what he was saying in Spanish or some other
7      language to someone else, you have no idea what he
8      was saying?
9   A  Yeah.
10  Q  Did you ever get that sense in the back of your
11     mind that when they were speaking in Spanish or
12     whatever foreign language, that they were talking
13     about you?
14  A  I wondered, but I didn't know.  I mean ...
15  Q  And just so I'm clear, at any time in the bar you
16     never felt uncomfortable by Mr. Rodriguez or by the
17     other people sitting at the bar with you?
18  A  No.
19  Q  Did you ever ask for any type of help from any of
20     the bartenders to, you know, make Mr. Rodriguez go
21     away or leave you alone?
22  A  No.
23  Q  Did you ever think there was even a need to do
24     that, I guess?
25  A  No.

Page 66

1  Q  Mr. Rodriguez buys you a drink, I guess, when they
2     call last call or before that; is that right?
3  A  Yeah.
4  Q  And then there basically is the, let's say, the
5     real last call, and he buys you another drink?
6  A  Yeah.
7  Q  And then you guys leave the bar, the group of you.
8     The people he was speaking with and you and him all
9     leave the bar then; is that right?
10 A  Yeah.
11 Q  The people that were at the bar with Mr. Rodriguez,
12    you said one was a white guy that he told you was
13    some type of a reporter; is that right?
14 A  Yeah.
15 Q  The other person, was it a man or a woman?
16 A  There was a younger man and there was a woman
17    there, but those two pretty much stayed talking to
18    themselves the whole time until we got out in the
19    lobby.
20 Q  So the group -- well, there was -- was it four
21    people or five people if we include you in that
22    group sitting at the bar?
23 A  I was five.
24 Q  You would be number five?
25 A  Yes.

Page 67

1  Q  One of them is a reporter, you think?
2  A  Yeah.
3  Q  And they are all speaking in foreign languages?
4  A  Yeah.
5  Q  Have you heard Spanish before?
6  A  Some. I mean, not much of anything.
7  Q  Do you know what language they were speaking in?
8     Was it Spanish? Portuguese? Any idea what they
9     were speaking in?
10 A  I couldn't tell you if I -- you know ...
11 Q  Do you remember what time the bartender called last
12    call in the Marquee lounge?
13 A  I'm thinking it was like 1.
14 Q  Okay. And 1:00 then they close the bar?
15 A  Yeah.
16 Q  Where did you go then?
17 A  Out in the lobby like thing.
18 Q  Immediately outside of the bar or did you go
19    somewhere else in the hotel?
20 A  Yeah, just right outside of the bar.
21 Q  Describe Mr. Rodriguez for me. What color hair
22    does he have?
23 A  I think blond. I can't remember much anymore.
24 Q  Do you remember the color of his eyes?
25 A  Probably blue. I don't know for sure.

Page 68

1  Q  And do you remember how tall he was?
2  A  Taller than me.
3  Q  How tall are you?
4  A  I'm 5'4".
5  Q  Was he a lot taller than you or was he about the
6     same height?
7  A  Probably at least 3 or 4 inches maybe taller than
8     me.
9  Q  When you saw him, when you were standing, did he
10    seem like a guy who was really tall or did he seem
11    an average height guy?
12 A  Probably about average.
13 Q  How much did he weigh? Any idea?
14 A  Huh-uh. I don't know.
15 Q  Describe his build for me. Is he kind of a big guy
16    or more of a slender guy?
17 A  Kind of big. He had a gut on him.
18 Q  So maybe a little, this is maybe not the most
19    polite word, but chubby or pudgy?
20 A  Yeah.
21 Q  Was he a big kind of a muscular guy or just kind of
22    pudgy?
23 A  Probably just pudgy.
24 Q  Okay. I'm sorry. So you go outside the bar and
25    you sit in the lobby. Where did you sit in the

Page 69

1     lobby?
2  A  In the little like side lobby thing right by the
3     bar.
4  Q  Is it to the right or to the left of the bar or
5     straight ahead of the bar as you walk out?
6  A  Straight ahead.
7  Q  And did you sit at tables or did you sit at chairs?
8     Did you sit on couches? Where did you sit?
9  A  On a couch thing, couch and chairs.
10 Q  When you walked out of the bar, how did you walk
11    out? In other words, were you first? Was
12    Mr. Rodriguez first? Was the other group first?
13 A  I don't know.
14 Q  Who all sat on the couch?
15 A  Me and the other girl.
16 Q  Did you ever get her name?
17 A  No.
18 Q  Did anyone else sit on the couch besides you and
19    this other woman?
20 A  No, not on the couch.
21 Q  How were the people in this group, how were they
22    dressed? Were they dressed in business attire like
23    suits or dressed in blue jeans?
24 A  Like business stuff.
25 Q  Did the gentlemen have on suits and ties?

Page 70

1  A  I don't know about ties, but they had like khaki
2     pants and like dress shirts.
3  Q  And there was five of you in this group; is that
4     right?
5  A  I think when we walked out, that other guy left, or
6     shortly after that he left.
7  Q  So you say the other guy, you mean the reporter?
8  A  Yeah.
9  Q  All right.  Did everyone in the group speak Spanish
10    or did they speak English once you had gone outside
11    of the bar?
12 A  I think they spoke English when we left the bar.
13 Q  To back up a little bit, when you were sitting in
14    the bar talking with this group, you did speak a
15    little bit in the bar; is that right?
16 A  A little bit.
17 Q  Do you remember anything you spoke about?
18 A  I think they asked why I was there, and I was
19    talking about the Women of Steel.
20 Q  Do you remember anything else?
21 A  No.  Mainly that's all they was talking about, like
22    business stuff, I guess.
23 Q  Do you know why they were there or who these people
24    were?  In other words, did you ever ask them, well,
25    you know -- when they asked you why you were there,

Page 71

1     did you say, hey, well, why are you here?
2  A  No, I didn't.
3  Q  When you go outside and you're sitting outside of
4     the bar at the lobby, do you remember anything that
5     the group spoke about while you were outside the
6     bar?
7  A  The lady was still talking to that younger guy, and
8     that Alfredo was talking to me about Women of Steel
9     and asking me all kinds of questions about it.
10 Q  What kinds of questions was he asking you about
11    Women of Steel?
12 A  Like why, why I was in it or what we do or
13    whatever, I guess.  I'm not for sure.
14 Q  How long did you sit outside of the bar in the
15    lobby or the lounge outside of the bar?  How long
16    did you sit there after the bar closed?
17 A  Maybe till about 2.  About an hour, I guess.
18 Q  And how long were you in the bar before this?
19 A  About an hour.
20 Q  While you were outside in the lobby, were there any
21    of the Omni Shoreham employees around anywhere?
22    Did you see like a bellboy or security walk by,
23    anything like that?
24 A  I thought over in the corner like at the door, the
25    entrance, there was like a group of them that just

Page 72

1     always stayed there.  That's it.
2  Q  Did you ever see the security guards walk by doing
3     security sweeps?
4  A  I don't think so.
5  Q  While you were sitting outside of the bar for an
6     hour or so, had you drank all of the alcohol that
7     you had in the bar or did you take a beer or two
8     outside of the bar with you?
9  A  I took the last beer out.
10 Q  By my count you have about four in your room; is
11    that right?
12 A  Uh-huh.
13 Q  You had one at the bar that you purchased; is that
14    correct?
15 A  Yes.
16 Q  And then Mr. Rodriguez bought you one in the bar?
17 A  Yes.
18 Q  And then you go out -- he buys you another one, you
19    go outside?
20 A  Yeah.
21 Q  So by my count that's seven beers; is that right?
22 A  Yeah.
23 Q  While you were sitting out in the lobby, did
24    Mr. Rodriguez make you feel uncomfortable at any
25    time?

Page 73

1  A  No.
2  Q  Did he say anything that made you uncomfortable?
3  A  Well, when I got out, when we was out there, I went
4     upstairs to get a pack of cigarettes because I was
5     out.  And I didn't think anything about it, but I
6     still had a lot of my beer left, and I left it
7     there.
8        And then when I got back down, he was still
9     sitting there and that lady was there and that
10    other guy was there, but that lady looked at
11    Mr. Rodriguez and told -- she's like, oh, you're so
12    naughty.  And I don't know what that -- that -- I
13    don't know.  That just, I just wondered about that.
14    And I just was kind of like, okay, and then just
15    went on, just kind of shrugged it off because I
16    didn't ...
17 Q  How long after you left the bar was it until you
18    went upstairs to get a pack of cigarettes?
19 A  Maybe 15 minutes.
20 Q  While you were in the bar, you told me that you
21    borrowed one cigarette off of the gentleman seated
22    to your left a couple seats down.  Did you ask him
23    for more cigarettes?
24 A  No.
25 Q  Did Mr. Rodriguez smoke?

Page 74

1   A  I think he actually asked me for one of mine when I
2      came back down, but I don't think he had any.
3   Q  You leave the bar.  You're sitting outside the bar
4      for about 15 minutes.  You still have a good
5      portion of your beer left.  And then you go up to
6      your room to get your cigarettes.  Did
7      Mr. Rodriguez follow you at any time up to your
8      room?
9   A  No.
10  Q  You got your cigarettes and came back downstairs;
11     is that right?
12  A  Yes.
13  Q  I don't know if I asked you this or not, but when
14     you were in the bar, what kind of beer did you
15     drink?
16  A  Bud Light.
17  Q  Were they draft beers or were they in a can or a
18     bottle?
19  A  Bottle.
20  Q  How big were they?
21  A  12-ounce.
22  Q  The beers that you purchased at the drug store,
23     they were Bud Lights also?
24  A  Yes.
25  Q  Were they in cans or bottles?

Page 75

1   A  Bottles.
2   Q  How many ounces were those?
3   A  12.
4   Q  Okay.  While you were in the bar, did you drink
5      anything besides beer?
6   A  No.
7   Q  Did Mr. Rodriguez or anybody there by you drink any
8      type of shot or any type of mixed drink?
9   A  No.
10  Q  And I think I've asked you this before, but while
11     you were at dinner at the Italian restaurant, did
12     anyone drink any shots or any type of mixed drinks?
13  A  No.
14  Q  How often do you drink alcohol?
15  A  Once or twice a week.
16  Q  And when you drink once or twice a week, is that
17     after work?  Is it on the weekends?  When do you
18     typically drink, if you drink?
19  A  Usually after work and weekend.
20  Q  And when you drink, how much do you drink?  Is it a
21     situation where you might have a beer with dinner
22     or something like that or is it that you'll drink
23     several?
24  A  Oh, several usually.
25  Q  How many, say, on an average, if you drink once or

Page 76

1      twice a week, how many beers would you drink on the
2      one or two days a week when you drink?
3   A  At least a 6-pack or so.
4   Q  When you drink a 6-pack or so once or twice a week,
5      do you ever feel like you're intoxicated or drunk?
6   A  No, not too bad.  I drink kind of like, I don't
7      know, stagger amount, I guess.  I don't ...
8   Q  Have you ever been drunk?
9   A  Yeah.
10  Q  The night that you were at the Shoreham, you had
11     had seven beers from somewhere around 8 or 9:00 on.
12     Did you ever feel intoxicated or drunk while you
13     were drinking that night at the Shoreham?
14  A  No.
15  Q  Did you feel that you were impaired in any way?
16  A  After I finished the last one, I felt, I don't
17     know, weird because the floor was waving and, I
18     don't know, it was like crossing.  I don't know.
19     It was -- I was fine when I walked up to my room,
20     but then after I finished the other beer, it was
21     just, I don't know, not anything I've ever felt
22     before.
23  Q  You have been drunk before; right?
24  A  Yeah.
25  Q  And after you came back downstairs when you got

Page 77

1      your cigarettes, you finished your beer and you
2      felt impaired?
3   A  Yeah, just sitting there.
4   Q  But you didn't feel like you were drunk?
5   A  No.
6   Q  You said the floor felt like it was kind of waving
7      or moving --
8   A  It looked like it -- I don't know.  It was weird.
9      But then, I don't know, it was like with my eyes or
10     something, it was like moving.  I don't know how to
11     explain it.
12  Q  When you were sitting on the couch, did it feel
13     like kind of the room was moving around?
14  A  No, it didn't really feel like the room was moving.
15     It was just like the carpet was like -- I don't
16     know.  It's hard to explain.  It's not like, it
17     wasn't like feeling drunk.  I don't know.  It
18     was ...
19  Q  Do you think you were drugged?
20  A  I don't know.  I -- I -- could possibly, I guess.
21  Q  Did you tell anyone at the hospital about the way
22     you had felt?
23  A  Yeah.
24  Q  Do you know if they did any type of testing to
25     ascertain whether you had been drugged or not?

Page 78

1   A   I don't know what all kind of tests they did.
2   Q   While in the bar, had you flirted with
3       Mr. Rodriguez at all?
4   A   No.
5   Q   Had he flirted with you at all?
6   A   No.
7   Q   While you were sitting in the bar with
8       Mr. Rodriguez, had the two of you ever hugged each
9       other?
10  A   No.
11  Q   Did he ever kiss you?
12  A   No.
13  Q   Was there any type of display of affection either
14      by you towards Mr. Rodriguez or him towards you?
15  A   No.
16  Q   All right. So you come back to the bar -- or you
17      come back downstairs. You finish your drink. And
18      what happens then?
19  A   Well, he left --
20  Q   Before I get into that, do you remember, once you
21      got your cigarettes, do you remember how many you
22      smoked while you were downstairs?
23  A   Maybe two or three. I don't know.
24  Q   And you said Mr. Rodriguez might have asked for a
25      cigarette or two. Anybody else?

Page 79

1   A   No.
2   Q   Okay. I'm sorry. I interrupted you. You go back
3       downstairs. You have your drink.
4   A   Well, after he smoked the cigarette that I gave
5       him, he got up and left, or I thought he did. But
6       then I finished my beer and I was going to go to
7       bed, and he was sitting around the corner then.
8   Q   When he got up and left, did he tell you he was
9       leaving?
10  A   I don't remember. I don't think.
11  Q   When he got up and left, how long did he leave
12      before you got up to go to your room?
13  A   10, 20 minutes maybe. I don't know for sure.
14  Q   When Mr. Rodriguez left, were there other people
15      still sitting there on the couches?
16  A   Yeah.
17  Q   Were they -- were you all still talking?
18  A   Yeah.
19  Q   Or did they ignore you once he left?
20  A   They still talked.
21  Q   Do you remember what you talked about after
22      Mr. Rodriguez left?
23  A   Still talking about Women of Steel stuff.
24  Q   You finish your beer and you get up to leave --
25      well, before I go there, when Mr. Rodriguez got up

Page 80

1       and left, did he give you any indication about
2       where he was going?
3   A   Huh-uh.
4   Q   He just got up and walked away from the group?
5   A   I think so.
6   Q   Did you see which way he walked away? In other
7       words, did he walk towards the hotel doors, did he
8       walk somewhere else, or did you just not pay any
9       attention?
10  A   I didn't pay attention.
11  Q   What was Mr. Rodriguez drinking in the bar? Do you
12      remember?
13  A   It was some kind of mixed drink, I guess.
14  Q   When Mr. Rodriguez was in the bar, did you happen
15      to get an idea or understanding of how many drinks
16      that he had had?
17  A   I don't know.
18  Q   Did Mr. Rodriguez at any time to you while you were
19      in the bar appear that he was intoxicated?
20  A   No, I don't guess.
21  Q   While you and Mr. Rodriguez were in the bar, you
22      bought a drink. How did you pay for your beer?
23  A   With cash.
24  Q   Do you know how Mr. Rodriguez paid for the drinks
25      that he was purchasing?

Page 81

1   A   Credit card.
2   Q   While going outside and sitting outside, did
3       Mr. Rodriguez continue to drink some type of a
4       mixed drink?
5   A   Yeah.
6   Q   What were the other people in the group -- were
7       they drinking beer? Were they drinking wine? Were
8       they drinking mixed drinks? If you remember.
9   A   I believe theirs were mixed drinks also.
10  Q   Did you ever try any of the drinks that they had?
11  A   No.
12  Q   How many drinks did Mr. Rodriguez have sitting
13      outside of the bar?
14  A   One.
15  Q   He gets up and leaves the group, and then sometime
16      after that you finish your beer and you get up and
17      leave. Did you say to the other two people, did
18      you tell them, good night, you're going to bed?
19  A   Yeah.
20  Q   What happened then? What happened next?
21  A   And then he was sitting around the corner. And he
22      was on his cell phone, and he got off and he told
23      me to wait. And then he started kissing me and
24      touching me, and I told him to stop because I was
25      engaged. And then I tried walking towards the

Page 82

1   elevator and he followed me.  And when I went in
2   the elevator, I pushed the button, but it didn't --
3   I don't know.  The elevator didn't go nowhere.  And
4   I ...
5   Q  Before we talk about this stuff, I've got a few
6     more questions about Mr. Rodriguez.  You say he was
7     sitting around a corner on his cell phone.  Where
8     was he sitting?
9   A  In a chair.
10  Q  He wasn't hiding back in the shadows somewhere; he
11    just went to another area and was talking on his
12    cell phone in a chair?
13  A  Yeah.
14  Q  And when he was talking on the phone, you walked by
15    him; is that right?
16  A  Yeah.
17  Q  And he told you to wait?
18  A  Uh-huh.
19  Q  That's a yes?
20  A  Yes.
21  Q  And you did wait on him to get off the phone?
22  A  Yeah.  He hung up right away.
23  Q  After he hung up the phone, then he started to kiss
24    and touch you in the lobby; is that right?
25  A  Yes.

Page 83

1   Q  Was he kissing you on the lips, on your cheek?
2   A  On the lips.
3   Q  Did you kiss him back?
4   A  No.
5   Q  What I mean by that is sometimes, you know, we'll
6     do things that, you know, you'll give in for a
7     minute, and then you'll say, no, no, stop, I'm
8     engaged, wait.  Was it instantly, stop, I'm
9     engaged, or did he kiss you, you kissed him for a
10    second, and then you said, no, no, wait, you know,
11    I'm engaged, we've got to stop this?
12  A  I don't know because he -- I know he stuck his
13    tongue in my mouth, and I don't -- I don't remember
14    everything because I only remember just bits and
15    pieces.  But I know I tried pushing him back but he
16    had ahold of me somehow.  I don't know.
17  Q  Did you shove him away?
18  A  I tried.
19  Q  Were you unable to shove him away?
20  A  Yeah.
21  Q  Did you ever smack him?
22  A  No.
23  Q  You said you tried walking towards the elevator.
24    Did he have ahold of you as you walked towards the
25    elevator?

Page 84

1   A  I don't remember.
2   Q  Did you ever ask for help?
3   A  No.  I didn't see anybody around.
4   Q  You were in the lobby, though, of the hotel; is
5     that right?
6   A  Yeah.
7   Q  Did you ever yell, somebody help me?
8   A  No.
9   Q  How far away from the front desk of the hotel is
10    this area that you're talking about that this
11    happened?
12  A  Maybe 40 or 50 feet or so.  I don't know.
13  Q  Mr. Rodriguez, did he have ahold of you when you
14    walked to the elevator?
15  A  I don't know.
16  Q  After he kissed and started touching you, you told
17    him to stop, that you were engaged; is that right?
18  A  Yeah.
19  Q  And you don't remember whether you kissed him back
20    or do you have a recollection that you did not kiss
21    him back?
22  A  I didn't -- I have a -- I don't -- I don't know.  I
23    don't recall.
24  Q  So you might have kissed him back; you might not
25    have kissed him back.  You just don't remember?

Page 85

1   A  Yeah.
2   Q  But you do specifically remember telling him to
3     stop?
4   A  Yeah.
5   Q  When you told him to stop, did you shout it or did
6     you just in normal conversational tone say, hey,
7     stop, I'm engaged and I can't do this?
8   A  Just normal tone.
9   Q  And then after this -- well, you said he was
10    touching.  How was he touching you and where was he
11    touching you?
12  A  He put his hands down my pants.
13  Q  This is in the lobby that he did this?
14  A  Yeah.
15  Q  Was he able to get his hands inside your pants?
16  A  Yeah.
17  Q  Did he unbutton your pants?
18  A  Yeah.
19  Q  Did he pull your pants down while you were in the
20    lobby?
21  A  No.
22  Q  You were wearing blue jeans; is that right?
23  A  Yeah.
24  Q  Did they have a zipper or were they button fly?
25  A  Zipper.

Page 86

1  Q  Did he unbutton your pants?  Were you wearing a
2     belt?
3  A  No.
4  Q  Did you unzip your pants?
5  A  Yeah.
6  Q  Were you wearing underwear at the time?
7  A  Yeah.
8  Q  Did he put his hands inside of your underwear?
9  A  Yeah.
10  Q  And this is all in the lobby?
11  A  Yes.
12  Q  Did he touch your genitalia in the lobby?
13  A  Yes.
14  Q  This is all going on and then you tried to get to
15     the elevator; is that right?
16  A  Yeah.
17  Q  Did you button and zip your pants up as you were
18     walking to the elevator or did they remain open?
19  A  I think I buttoned them, but I'm not for sure.
20  Q  When you told Mr. Rodriguez to stop, you were
21     engaged, how did he respond?  Did he say anything?
22  A  No.
23  Q  Did he stop --
24  A  No.
25  Q  -- for a minute and then continue going?

Page 87

1  A  No.  He just kept going.  He didn't stop.
2  Q  The other people that you had been sitting with
3     that night, they were around the corner still
4     sitting in the lobby; is that right?
5  A  Yeah.
6  Q  And am I correct, when you're sitting in the lobby
7     back where they were, there is a group of hotel
8     people back at the front door that had been sort of
9     congregating around the entrance to the hotel; is
10     that right?
11  A  Yeah.
12  Q  Why did you not go back to those other people if
13     Mr. Rodriguez wouldn't stop this or go to the
14     people out by the front doors of the hotel?
15  A  I was headed to bed.  I don't know why.  I wasn't
16     expecting him to follow me into the elevator
17     either.
18  Q  Okay.  So this all happens, you go to the elevator
19     and get on the elevator; is that right?
20  A  Yeah.
21  Q  And then what happened?
22  A  And then I pushed the button when I got in there to
23     go to the first floor, and the door closed but it
24     didn't go anywhere.  And he continued to kiss me
25     and touch me in there, and he pulled my pants down

Page 88

1     and turned me around and bent me forward and put it
2     inside of me.  And then I seen that the light
3     wasn't on, and I seen him in the mirror, and I
4     stood up and turned around real quick and pushed
5     the button.  And then it went up there, and I went
6     out and started crying, and I called my fiance.
7  Q  Okay.  Before you got on the elevator, you said
8     that Mr. Rodriguez had touched your genitalia.  Had
9     he touched your breasts in the lobby?
10  A  I don't remember.
11  Q  Did his fingers go inside of your vagina while you
12     were in the lobby?
13  A  Yes.
14  Q  When you were on the elevator, Mr. Rodriguez pulled
15     your pants down; is that right?
16  A  Yes.
17  Q  Did he place his hands or his fingers inside your
18     vagina?
19  A  Yes.
20  Q  And then he put his penis inside of you also; is
21     that correct?
22  A  Yes.
23  Q  Did you and Mr. Rodriguez kiss or did he try to
24     force you to kiss him in the elevator?
25  A  Yeah.

Page 89

1  Q  Did he kiss you?
2  A  Yeah.
3  Q  Did you kiss him?
4  A  No.
5  Q  Did you ever smack him, tell him to stop?
6  A  I told him again to stop.  I told him again that I
7     was engaged.  I told him twice in the elevator.
8  Q  Did you say this in a normal voice or did you yell
9     louder.
10  A  Somewhat of a normal voice.  I wasn't like -- I
11     don't know.  I think it was getting a little bit
12     louder.
13  Q  Did Mr. Rodriguez ever place his penis into your
14     mouth?
15  A  No, I don't think so.
16  Q  You said he put his penis inside of you.  Did he
17     put it inside of your vagina or did he put it
18     inside of your anus or both?
19  A  Vagina.
20  Q  How long were you and Mr. Rodriguez in the
21     elevator?
22  A  I don't know.  Very short time.
23  Q  Did he ejaculate while he was inside you or after
24     he had pulled his penis out?
25  A  No, I don't think.

Page 90

1 Q Am I correct that you got on the elevator, the door
2   closed, you thought you pushed a button, and it
3   didn't go anywhere?
4 A Right.
5 Q And then after he had turned you around and placed
6   his penis inside of your vagina, you saw in the
7   mirror that the floor light wasn't on; is that
8   right?
9 A Yes.
10 Q And then you got away from Mr. Rodriguez and hit
11   the first floor?
12 A Yeah.
13 Q And then the elevator moved and went to the first
14   floor?
15 A Yes.
16 Q After you had gotten away from Mr. Rodriguez and
17   pushed the first floor button, did his penis --
18   then did he grab you to put his penis back inside
19   of you?
20 A No.
21 Q How long was Mr. Rodriguez's penis inside of you?
22 A Not very long.
23 Q After you hit the button for the first floor, what
24   did he do?  Did he pull up his pants?  Did he say
25   anything?

Page 91

1 A I don't know.  I wasn't watching him.
2 Q Did he get off the elevator when you got to the
3   first floor and follow you?
4 A No.
5 Q Where did he go?
6 A I guess back downstairs.  He stayed in the
7   elevator.
8 Q Did he say anything to you?
9 A No.
10 Q Did he give you a kiss goodbye, try to hug you,
11   anything like that, when you got off?
12 A I don't remember.
13 Q When you noticed the elevator door or the elevator
14   light was not on in the mirror, did you try to hit
15   the door open button?
16 A No.
17 Q Did Mr. Rodriguez ever hit the stop button so the
18   elevator wouldn't go anywhere?
19 A I don't know because he came in behind me.  I
20   pushed the button and turned around, and then he
21   was there.
22 Q And then the elevator didn't move?
23 A Yeah.
24 Q The elevator, at any time was there an alarm bell
25   or any type of noise being made while you were on

Page 92

1   the elevator?
2 A I don't know.  Nothing loud, I guess, that I can
3   recall.
4 Q Do you recall any type of noise?
5 A No.
6 Q Did you ever see Mr. Rodriguez's penis?
7 A Yeah.
8 Q When?
9 A In the elevator.
10 Q How did you see it?  Did you see it in the mirror?
11 A In the mirror.
12 Q After you get off the elevator -- well, first, how
13   far is your room from the elevator?
14 A It was like around the elevator thing and down the
15   hall and a little curve, right by the curve thing
16   (indicating).
17 Q Do you have an approximate idea of how many rooms
18   away from the elevator it was?
19 A Four or five maybe.  I don't know.
20 Q After you got off the elevator -- well, were your
21   pants still down when you got off the elevator?
22 A I don't think so.
23 Q So after you hit the button and the elevator
24   started to move, you were able to pull your pants
25   back up; is that right?

Page 93

1 A Yeah.
2 Q Did Mr. Rodriguez pull his pants up then too?
3 A I guess.  I don't know.
4 Q Once you got off the elevator, what did you do
5   next?
6 A I just went out and just started crying and sat on
7   the floor and called my fiance.
8 Q You didn't go back to your room; you sat actually
9   out on the floor, on the first floor?
10 A Yeah.
11 Q At the time your fiance was Ryan Tracy?
12 A Yeah.
13 Q What did you say to Mr. Tracy?
14 A I told him everything that happened.
15 Q And what did you tell him?  What you've told me?
16 A Yeah.
17 Q Is there anything that you can think of you told
18   Mr. Tracy that you haven't told me?
19 A No, not right offhand.
20 Q What did Mr. Tracy tell you?  I mean, how did he
21   react?
22 A He was freaking out.
23 Q What do you mean by that?
24 A And he told me, he asked if they was going to call
25   the police or told me to call the police.  I don't

Page 94

1    know.  He was -- he didn't know what to do.
2    Q  How long were you on the phone with Mr. Tracy?
3    A  Probably half an hour, 45 minutes.
4    Q  And am I correct that -- well, during this time you
5        were probably emotional, I would imagine.
6    A  Uh-huh.  Yes.
7    Q  Did you stay in the hallway on the first floor the
8        whole time you were talking to Mr. Tracy?
9    A  No.  Some guy came up then, I guess it was a
10      security guy, and told me that I had to be quiet
11      because I was going to wake up other guests.  And
12      then I sort of told him what happened, and I just
13      not, not in detail told him.  Then he called the
14      police and took me downstairs.
15   Q  Did you feel like the security guard treated you
16      inappropriately at any time?
17   A  No, I don't guess.
18   Q  Once you told him what had happened, he took you
19      downstairs and immediately called the police?
20   A  Yeah.
21   Q  How long after the incident was it until the
22      security guard found you?
23   A  A few minutes.
24   Q  Initially he told you to be quiet because he found
25      you crying on the phone, and once you told him what

Page 95

1    happened, he then immediately took you downstairs
2    and called the police?
3    A  Yeah.
4        MR. THORNBURG:  Can we go off the record for
5        about a second?
6        (A discussion was held off the record.)
7    BY MR. THORNBURG:
8    Q  So the security guard finds you.  He takes you
9        downstairs.  Then what happens next?
10   A  Then he sat me in a chair, and then the detective
11      came and asked me all kinds of questions and took
12      me to the hospital and brought me back.
13   Q  The detective took you to the hospital?
14   A  Yeah.
15   Q  Am I correct that after this incident,
16      Mr. Rodriguez went back to the lobby of the hotel?
17   A  I guess.  Yeah, I guess so.
18   Q  And he was speaking with the same people that you
19      were speaking with earlier when you went back to
20      the lobby; is that right?
21   A  Yes.
22   Q  And you then identified him for the police; is that
23      right?
24   A  Yeah.
25   Q  Do you remember the name of the detective that

Page 96

1    came?
2    A  I think it's Wanda Fields.
3    Q  Okay.  And Ms. Fields or Officer Fields, Detective
4        Fields, took you to the hospital?
5    A  Yeah.
6    Q  What hospital did you go to?  Do you remember?
7    A  Howard University.
8    Q  When you met with the folks at Howard University
9        that were -- when you told them what happened, were
10      you honest with them about what had happened?
11   A  Yeah.
12   Q  I've got a lot of questions, I'm going to kind of
13      jump around and ask just some in general questions.
14      You've obviously sued the Omni in this case.
15      What is it that you believe the Omni did wrong in
16      this incident?
17   A  Lack of security, I guess.
18   Q  In what way do you believe personally that Omni
19      security was lacking?
20   A  Their security guards weren't out there.  They
21      didn't have no cameras.  And I guess that's it.
22      MR. TOWNSEND:  Let me just interpose an
23      objection to the last question to the extent that
24      it may call for a legal conclusion.
25   Q  When you went to the Howard University Hospital, do

Page 97

1    you remember the name of the nurse or doctor that
2    examined you?
3    A  No.
4    Q  Did they take photographs?
5    A  No, I don't think so.
6    Q  Did they do a rape kit on you?
7    A  Yeah.
8    Q  Did they ever talk with you about what the results
9        of that rape kit were or what any of their findings
10      were?
11   A  No.
12   Q  As a result of this incident did you have any
13      bruises?
14   A  I don't remember.  I don't think so.
15   Q  Was your vaginal area, did it sustain any type of
16      tears or any type of injuries as a result of this
17      incident?
18   A  No, I don't think so.
19   Q  How were you injured in this incident?
20   A  Like what?  Like emotionally?
21   Q  Either physically or emotionally.
22   A  Probably more emotionally than anything.  I don't
23      know what you want to know.
24   Q  Okay.  I want to know -- and I know this is, you
25      know, something that's kind of hard to do, but what

Page 98

1    I need to know is how this incident has affected
2    your life, whether it be emotionally,
3    psychologically, physically, what types of injuries
4    do you believe this accident has caused, what types
5    of negative effects has the incident had on your
6    life.
7  A  Well, after that I started eating more. I gained
8    weight. And I just don't ever want to get up
9    anymore. I just want to sleep all day. I don't
10   know. I feel like a lack of self-worth, I guess.
11   I feel used.
12 Q  Do you blame yourself for what happened?
13      MR. TOWNSEND: I'm just going to object again
14   to the extent that it may call for a legal
15   conclusion. But you can answer.
16 A  Not totally, I don't guess.
17 Q  One of the ways you say this has affected you, you
18   said eating, it's caused you to eat more and gain
19   weight. How much weight have you gained since this
20   incident?
21 A  20 pounds.
22 Q  So you're now 20 pounds heavier than you were on
23   the day of the incident?
24 A  Yeah.
25 Q  Has your clothes size changed?

Page 99

1  A  Yeah. I went up one size.
2  Q  What size clothing did you wear before the
3    incident?
4  A  Like pants?
5  Q  Yes.
6  A  7.
7  Q  Now what size do you wear?
8  A  9.
9  Q  Has your weight gain been consistent, in other
10   words, you gained 20 pounds and you've kept that
11   20 pounds on, or has it kind of gone up and down?
12 A  It's kind of been maintained, I guess.
13 Q  Have you tried to lose the 20 pounds that you
14   gained?
15 A  Yeah.
16 Q  What have you done to try to lose the weight?
17 A  Walking, trying to eat less, exercise.
18 Q  Have any of those efforts worked?
19 A  I lose 5 or 10 pounds but then it will come back.
20 Q  When you stop walking or eating less or exercising?
21 A  Yeah.
22 Q  One of the other things you said is that you don't
23   want to get up in the morning and you want to sleep
24   all day. What time do you typically get up?
25 A  Well, my days vary because my son goes to preschool

Page 100

1    now, but I'll take him to school at 8:30 and go
2    home and go back to bed and get up around 11, 12,
3    1.
4  Q  What shift do you currently work?
5  A  Second.
6  Q  So you work second shift which is the, what, the 4
7    to --
8  A  4:30 to 1.
9  Q  So 4:30 to 1 a.m.; is that right?
10 A  Yeah.
11 Q  Do you choose to work second shift or are you
12   assigned through seniority to second shift?
13 A  Seniority to second shift.
14 Q  And you get a pay increase slightly for second
15   shift; is that right?
16 A  Yeah.
17 Q  You get off work at 1:30. What time typically do
18   you get home?
19 A  I get off at 1 usually.
20 Q  Oh, okay.
21 A  And I usually get home about 1:30.
22 Q  All right. And do you go straight to bed or do you
23   wind down a little bit before you go to bed?
24 A  I usually wind down a little bit, go to bed around
25   2, 2:30, 3.

Page 101

1  Q  Then you have to wake up at what time to get your
2    son ready for preschool?
3  A  Usually at 8.
4  Q  Take him to preschool. And then you come back and
5    go to bed?
6  A  Yeah.
7  Q  Where you sleep to 11 or 12 a.m. (sic)?
8  A  Uh-huh.
9  Q  You also said that you have feelings of lack of
10   self-worth now. Explain to me what you mean by
11   that.
12 A  I feel like dirty or I don't know.
13 Q  Have you had sexual intercourse since this
14   incident?
15 A  Yeah.
16 Q  When was the last time you had sexual intercourse?
17 A  Probably it was either around October of 2004.
18 Q  Are you currently dating anyone?
19 A  No.
20 Q  When was the last time you dated someone?
21 A  Around New Year's, I guess.
22 Q  Who was the last person that you dated?
23 A  Mike Speckman.
24 Q  Could you spell that last name for me, please?
25 A  S-P-E-C-K-M-A-N.

1   Q  Does he live in Batesville?
2   A  No.
3   Q  Where does he live?
4   A  Sunman.
5   Q  Do you know what street he lives on?
6   A  No, I don't know.
7   Q  Do you know his phone number?
8   A  No, not anymore I don't.
9   Q  From when to when did you date Mr. Speckman?
10  A  The middle of December to like I think it was the
11     first week of January.
12  Q  After you and Mr. Tracy broke up, broke off your
13     engagement, how many men have you dated since that
14     time?
15  A  Just one.
16  Q  Just Mr. Speckman?
17  A  Yeah.
18  Q  Since the incident how many times would you say
19     that you've had sexual intercourse?
20  A  I don't know.
21  Q  You don't know?
22  A  Huh-uh.
23  Q  And please understand I don't ask these questions
24     because I get a lot of delight out of doing it.
25     It's just the things I have to know.

1       How many sexual partners have you had since
2     this incident?
3   A  One.
4   Q  Who was that?
5   A  Ryan Tracy.
6   Q  You and Mr. Tracy broke off your engagement in June
7     of '04; is that right?
8   A  Yeah.
9   Q  Is he the person you had intercourse with in
10     October of '04?
11  A  Yes.
12  Q  And that's the last time that you've had
13     intercourse?
14  A  Yeah.
15  Q  After you and Mr. Tracy broke off the engagement,
16     did the two of you continue to see each other?
17  A  Yeah, here and there.
18  Q  And earlier we spoke about this, but you believe
19     the reason that you and Mr. Tracy broke up is
20     directly related to the incident at the Omni
21     Shoreham Hotel; is that right?
22  A  Yeah.
23  Q  Did you and Mr. Tracy ever try to go to counseling
24     together?
25  A  Not together.

1   Q  Did Mr. Tracy ever seek counseling?
2   A  Yeah.
3   Q  Do you know who he went to counseling with?
4   A  No.
5   Q  And you, I know, sought counseling which we'll get
6     to here in a minute; is that right?
7   A  Yeah.
8   Q  How is it that you know that Mr. Tracy and you, the
9     reason that you broke up, was a result of this
10     incident?
11  A  Because he, I don't know, said some things when I
12     came back that I didn't like and it offended me,
13     and he, I don't know, apologized, but then I was
14     still upset about it and worrying about everything
15     else that was going on with this, and it just
16     ended.
17  Q  What are some of the things that he said when you
18     came back that offended you?
19  A  He was mocking Mr. Rodriguez when I came back. He
20     said what he said. And then he also said that he
21     thought I might have egged it on.
22  Q  Okay. You also said that you were upset and
23     worrying about everything else. What other things
24     were you worried about?
25  A  The hospital was sending me bills and telling me

1     they was going to come and collect money, and I
2     didn't have it to pay that bill all at once. And I
3     didn't know what was going on up in Washington,
4     D.C. with the court stuff. And I had to worry
5     about that and fill all that out. And I don't
6     know. I just was depressed and unhappy after I
7     came back anyways, and ...
8   Q  Okay. Did Mr. Tracy -- he encouraged you to sue
9     the Omni, didn't he?
10  A  He said something to Michelle about it, and
11     Michelle, I guess, told somebody who told Wayne,
12     and Wayne told somebody else, and that's kind of
13     how it all ...
14  Q  Did Mr. Tracy ever express to you that you should
15     sue the Omni Hotel?
16  A  Yeah.
17  Q  Mr. Tracy encouraged you to sue the Omni; is that
18     right?
19  A  Yeah, I guess.
20  Q  Why did he tell you that he thought you should sue
21     the Omni?
22  A  I don't know why. I guess because of the incident.
23  Q  Before Mr. Tracy encouraged you to sue the Omni,
24     had you ever considered suing the hotel?
25  A  Yeah, it crossed my mind.

Page 106

1  Q  Did you ever consider suing Mr. Rodriguez?
2  A  Yeah.
3  Q  Did Mr. Tracy ever encourage you to bring suit
4     against Mr. Rodriguez?
5  A  He didn't say much about that.
6  Q  Now, I understand that after this you went and
7     spoke with the priest at your church about the
8     incident; is that right?
9  A  Yeah.
10  Q  What's the name of the priest that you spoke with?
11  A  Father Mahan.
12  Q  Can you spell his last name?
13  A  M-A-H-A-N.
14  Q  Is he the priest at St. Louis?
15  A  Yeah.
16  Q  And he recommended for you to go to see
17     Dr. Malinowski?
18  A  Yeah.
19  Q  Are you still being treated by Dr. Malinowski?
20  A  Yes.
21  Q  How often do you see Dr. Malinowski a week?
22  A  Once a week.
23  Q  And how has Dr. Malinowski said you're doing?  Does
24     he say you're getting better or getting worse or
25     about the same?  Has he ever had that kind of

Page 107

1     discussion with you?
2  A  No.  He said it just takes time.  It's going to
3     take some time is what he said.
4  Q  Is there a reason why you drive from Batesville to
5     Indianapolis to see a psychologist?
6  A  Other than the fact that my priest recommended him
7     and said that he was the best.  I thought I'd try
8     him out.  And I like the way that he does his job.
9  Q  Do you feel like talking to Dr. Malinowski once a
10     week, has it been helpful for you?
11  A  Yeah.
12  Q  Tell me about your sessions with Dr. Malinowski.
13     You guys obviously talk about the incident and
14     other things going on in your life; is that right?
15  A  Yeah.
16  Q  Dr. Malinowski, has he ever attributed the feelings
17     of depression and lack of self-worth, does he
18     attribute those to the incident, if you know?
19  A  I don't know.  Maybe part of them, I guess.  I
20     don't know.
21  Q  Does your insurance pay for your treatment with
22     Dr. Malinowski or do you pay that all yourself?
23  A  Insurance.
24  Q  Do you have any type of a co-pay?
25  A  Yeah.

Page 108

1  Q  What's your co-pay?
2  A  It's now $15.
3  Q  $15 per visit?
4  A  Yeah, since I'm paying for my insurance now.
5  Q  Other than speaking to Father Mahan,
6     Dr. Malinowski, and the people at the university --
7     Howard University Emergency Room, have you spoken
8     to any other doctors or medical folks or
9     counselors, psychologists, whomever like that,
10     about the incident?
11  A  No.
12  Q  Who is your current family doctor?
13  A  I've kind of got two.  I go to Dr. Johnson and
14     Dr. Kick.
15  Q  Are they in the same office?
16  A  No.
17  Q  All right.  What kind of doctor is Dr. Johnson?
18  A  Family.
19  Q  And Dr. Kick?
20  A  Same.
21  Q  Why do you go to two different doctors?
22  A  I don't know.  I went to Dr. Kick before, but she
23     never really seemed to do a whole lot for me.  And
24     my dad goes to Dr. Johnson and he recommended him,
25     and I went to him before.  But I don't know if I

Page 109

1     like either one of them.
2  Q  Do you know how much in medical expenses you have
3     incurred as a result of this incident?
4  A  Not off the top of my head.
5  Q  I'm sorry.  I didn't get --
6  A  Not off the top of my head, I don't.
7  Q  Do you know -- well, are you currently taking any
8     prescription medications?
9  A  No.
10  Q  Has Dr. Malinowski ever prescribed any medications
11     for you?
12  A  No.
13  Q  Has Dr. Johnson or Dr. Kick ever prescribed any
14     medications for you for any of the injuries you
15     allege you sustained in this incident?
16  A  No.
17  Q  Earlier you said after the incident, a day or two
18     or what have you later, you had to go to court in
19     Washington, D.C.  Tell me about that.  What did you
20     do in court?
21  A  I had to go in front of the grand jury and whatever
22     that's called.
23  Q  Were there people sitting in a box listening to
24     you?
25  A  Yeah, and tell them the whole thing, and the

Page 110

1     attorney I guess was asking me questions in front
2     of all them.
3 Q Probably questions similar to what I've asked you.
4 A (Nodding.)
5 Q Do you know whether Dr. Malinowski has ever
6     diagnosed you with any type of psychological or
7     mental or personality-type diagnoses or disorders?
8 A I don't think so.
9 Q In other words, has he said that you've got
10     post-traumatic stress disorder or something like
11     that?
12 A No.
13 Q Have you ever been sexually assaulted in the past?
14 A Yeah.
15 Q When?
16 A I guess. When I was three years old.
17 Q What happened?
18 A My cousin was watching us and watching me and my
19     brother, and she told us to show her what mommy and
20     daddy do.
21 Q And what does that mean? Did she want you to have
22     intercourse with your brother?
23 A Yeah. Yeah.
24 Q Did you ever tell anyone about this?
25 A Not until -- actually it was after I had my son. I

Page 111

1     had it wrote in a notebook. And he found it and
2     actually gave it to my mom and she read it.
3 Q This is something that you wrote in one of your
4     notebooks when you were younger?
5 A Yeah.
6 Q Did you have any memory of doing this until you
7     read it?
8 A What?
9 Q That your cousin had asked you and your brother
10     to --
11 A Yeah.
12 Q But it's not something that you had ever talked to
13     anyone about?
14 A No.
15 Q Any other incidents of sexual assault or rape prior
16     to this incident?
17 A No.
18 Q Prior to this incident had you ever been to any
19     type of a psychologist, psychiatrist, or counselor
20     of any kind?
21 A I went to a counselor one time.
22 Q When was that?
23 A Probably around 2000. And I don't know when. I
24     only went like twice because she told me the time
25     was mine and I'm paying for it and I can talk or

Page 112

1     not. She didn't care. So I quit going.
2 Q What was the name of that counselor? Do you
3     remember?
4 A I don't remember. It was at the Community Mental
5     Health Center in Osgood.
6 Q Why did you go see a counselor in 2000?
7 A Just somebody mentioned it to me and thought that I
8     should go to one and set it all up.
9 Q Who mentioned that you should go to a counselor?
10 A I think her name is Sonya. She used to come visit
11     through like weekly visits. I don't know what they
12     call it. It's a -- I don't know. She used to do
13     weekly visits and like see where Dylan was in his
14     skills and ability or whatever.
15 Q Who did Sonya work for?
16 A I can't remember what they are called.
17 Q Have you ever received any type of relief or
18     charity assistance, like WIC or food stamps,
19     anything like that?
20 A Before -- well, yeah, I had WIC when I was pregnant
21     or shortly after I had Dylan for about, I don't
22     know, only a few months. And then after I started
23     at Casket, I stopped doing that.
24 Q How long after Dylan was born did Sonya start
25     showing up?

Page 113

1 A She was there actually before he was born.
2 Q Is she a social worker?
3 A I guess, something like that. There was something
4     with Family. I can't remember what it's called
5     though.
6 Q FSSA?
7 A No.
8 Q Was it through the church, if you remember, or was
9     it some other organization?
10 A No, it was something else. I don't know.
11 Q Do you recall any of the conversations that you had
12     with any of the security guards or any of the
13     employees of the Omni Shoreham Hotel?
14 A I didn't really talk to any of them.
15 Q Do you ever remember having any conversations with
16     anyone connected to the Omni about this incident?
17 A No.
18 Q Have you been on vacation since this incident?
19 A Like what, went somewhere?
20 Q Yes, ma'am.
21 A Yeah, I went to -- I went to Pennsylvania -- well,
22     I guess it wouldn't be called vacation. But I went
23     on those other two union functions, but I -- other
24     than that, I ain't went nowhere.
25 Q When you went on the other two union functions, did

Page 114

1   you take Dylan with you?
2   A  No.
3   Q  Tell me about the other two union functions that
4      you went to after this incident.
5   A  One was in Pennsylvania and one was in Illinois.
6   Q  And what were they?
7   A  The one in Illinois was the Women of Steel thing.
8      They were the classes, the educational course
9      things.  And the other one, I can't remember what
10     the one in Pennsylvania was.
11  Q  Were those multi-day conferences that the union
12     sent you on?
13  A  Well, these weren't conferences.  These were actual
14     class things that lasted like a week, each one.
15  Q  What was covered in the classes?
16  A  I can't remember the one at Pennsylvania.  I don't
17     remember.  I don't remember if it was like
18     leadership or something.  I don't remember.  Or --
19     I don't know.  Stuff about the union is what they
20     covered, I know, how the union works and how to use
21     it.
22  Q  Before this incident what kinds of things would you
23     do in your free time, like fishing, hunting,
24     dancing, going to bars?
25  A  I would take Dylan to the park and watch movies and

Page 115

1      we'd play outside, and we went fishing before.
2      Walk, go to the store, shopping.
3   Q  All right.  After the incident have you been able
4      to take Dylan to the park?
5   A  I think I took him a couple of times over the
6      summer.
7   Q  Did you and he go to the park and movies and play
8      outside and walk as much as you did before the
9      incident?
10  A  No.  No.  Because actually when I did take him to
11     the park, it was later, and there weren't very many
12     kids there.  Then -- yeah.
13  Q  Have you ever been arrested?
14  A  No.
15  Q  I take it you've never been convicted of any crimes
16     then; is that correct?
17  A  That's correct.
18  Q  Have you ever been diagnosed with depression before
19     this incident?
20  A  No.
21  Q  Have you ever been diagnosed with any type of an
22     anxiety disorder before this incident?
23  A  Well, I think actually with the depression thing,
24     after I had Dylan, I think they said I had that
25     postpartum depression or whatever.

Page 116

1   Q  Who said you had that?
2   A  Dr. Kick.  But she didn't treat me or give me
3      anything for it.
4   Q  Let me check my notes, see if we're done.
5         Desiree Moody lives in Batesville?
6   A  Yeah.
7   Q  Do you know what street she lives on?
8   A  No, I don't.
9   Q  Did you ever talk about this incident with Desiree
10     Moody after it happened?
11  A  No.  I mean, she didn't -- no, no details at all.
12  Q  And you and Desiree stayed through the end of the
13     conference after this; is that correct?
14  A  Yes.
15  Q  Did you talk to any of the other women that you
16     were there at the conference with about this
17     incident?
18  A  No, not like in any kind of detail or anything like
19     that.
20  Q  Other than Ryan Tracy and Dr. Malinowski, have you
21     spoken about the incident with anyone else, about
22     what happened and how it's affected you, and your
23     attorney, but I don't want to know about that?
24  A  No, not -- no.
25        MR. THORNBURG:  Those are all the questions I

Page 117

1   have.  Thank you for your time.
2         MR. TOWNSEND:  I don't have any questions.
3         THE COURT REPORTER:  Do you want signature?
4         MR. TOWNSEND:  Please.
5         THE COURT REPORTER:  Do you want a copy?
6         MR. TOWNSEND:  Yes.
7
8   _____
                MIRANDA SHADDAY
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 118

STATE OF INDIANA

COUNTY OF MARION

I, Sheri L. LeVine, a Notary Public in and for said county and state, do hereby certify that the deponent herein was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the aforementioned matter;

That the foregoing deposition was taken on behalf of the Defendant; that said deposition was taken at the time and place heretofore mentioned between 10:08 a.m. and 1:05 p.m.;

That said deposition was taken down in stenograph notes and afterwards reduced to typewriting under my direction; and that the typewritten transcript is a true record of the testimony given by said deponent;

And thereafter presented to said witness for signature; that this certificate does not purport to acknowledge or verify the signature hereto of the deponent.

I do further certify that I am a disinterested person in this cause of action; that I am not a relative of the attorneys for any of the parties.

Page 119

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this_____day of_____, 2005.

_____
Sheri L. LeVine, Notary Public

My commission expires:
October 20, 2007

Job No. 28244

Page 120

Robert B. Thornburg, Esq. (Originating Party)
LOCKE REYNOLDS, LLP
1000 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

NOTICE OF DEPOSITION SUBMISSION

United States District Court
Southern District of Indiana
Indianapolis Division
Case No. 1:04-CV-1219-JDT-WTL
Miranda Shadday, Plaintiff,
v.
Omni Hotels Management Corp., Defendant.

In compliance with Indiana Rules of Procedure, Rules of the Industrial Board, or Federal Rules of Civil Procedure, pursuant to the Indiana Supreme Court Order dated 10-1-86, you are notified the signed original deposition of MIRANDA SHADDAY has been sealed and submitted to the originating party.

_____
(Date of submission or mailing by certified mail)
cc: John F. Townsend, III, Esq.
    TOWNSEND & MONTROSS
    230 East Ohio Street
    Indianapolis, IN 46204

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square, Suite 2425
Indianapolis, IN 46204